NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Jonathan Waisnor

jwaisnor@labaton.com

Labaton Keller Sucharow LLP

140 Broadway, Floor 34, New York, NY 10005

212-907-0700

ATTORNEY(S) FOR: Petitioners

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NICOLE AARON, et al.

Plaintiff(s),

v.

EPSON AMERICA, INC.

Defendant(s)

CASE NUMBER:

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Petitioners Nicole Aaron and 1,262 Other Individuals or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1) Nicole Aaron | 1) Petitioner |
| 2) Dawn Adams | 2) Petitioner |
| 3) Steven Adell | 3) Petitioner |
| 4) Esther Ades | 4) Petitioner |
| 5) Jarandalee Adorno | 5) Petitioner |
| 6) Jose Aguado | 6) Petitioner |
| 7) Alicia Aiello | 7) Petitioner |
| 8) Daniel Akins | 8) Petitioner |
| 9) Peter Alau | 9) Petitioner |
| 10) Scott Albert | 10) Petitioner |
| 11) Russel Alexander | 11) Petitioner |
| 12) Danny Alford | 12) Petitioner |

SEE ATTACHED

August 6, 2024                               /s/ Jonathan Waisnor

Date                                         Signature

Attorney of record for (or name of party appearing in pro per):

Petitioners