NICOLE AARON, et al. v. Epson America, Inc.

Case No.

| PARTY | CONNECTION / INTEREST |
|---|---|
| 13) Donna Allen | Petitioner |
| 14) Rick Allen | Petitioner |
| 15) Suzanne Alt | Petitioner |
| 16) Lourdes Alvarez | Petitioner |
| 17) Sanjil Amin | Petitioner |
| 18) Arturo Anaya | Petitioner |
| 19) Jean Anderson | Petitioner |
| 20) Kristin Anderson | Petitioner |
| 21) Marlin Anderson | Petitioner |
| 22) Daniel Andrade | Petitioner |
| 23) Sarah Aneyci | Petitioner |
| 24) Tasha Angelet | Petitioner |
| 25) Andrew Aramouni | Petitioner |
| 26) Juan Arias | Petitioner |
| 27) Josephine Arkush | Petitioner |
| 28) Thomas Armstrong | Petitioner |
| 29) Susan Arneson | Petitioner |
| 30) Selina Arnold | Petitioner |
| 31) Charles Arp | Petitioner |
| 32) Mark Arsenault | Petitioner |
| 33) Candace Arterberry | Petitioner |
| 34) Alisha Ash | Petitioner |
| 35) Craig Asher | Petitioner |
| 36) Lauren Ashley | Petitioner |
| 37) Yvette Assaf | Petitioner |
| 38) David Atwood | Petitioner |
| 39) Keisha Avant | Petitioner |
| 40) Beth Babcock | Petitioner |
| 41) Karen Bachman | Petitioner |
| 42) Edith Kim Bagdasarian | Petitioner |
| 43) Bobbie Bahr | Petitioner |
| 44) David Baker | Petitioner |
| 45) Jessie Baker | Petitioner |
| 46) Shamara Baldwin | Petitioner |
| 47) James Bales | Petitioner |
| 48) Jessica Banas | Petitioner |
| 49) Tamuel Banks | Petitioner |
| 50) Tyrone Banks | Petitioner |
| 51) Arthur Barber | Petitioner |
| 52) Tiah Bardon | Petitioner |
| 53) Kris Barker | Petitioner |
| 54) Mary Barnett Powell | Petitioner |
| 55) Rachael Barnett | Petitioner |
| 56) Gary Barrett | Petitioner |

NICOLE AARON, et al. v. Epson America, Inc.
Case No.

| PARTY | CONNECTION / INTEREST |
|---|---|
| 57) Amberly Bartlett | Petitioner |
| 58) Philip Bass | Petitioner |
| 59) Henry Bassen | Petitioner |
| 60) Sharon Beamish | Petitioner |
| 61) Kristin Beck | Petitioner |
| 62) Barbara Beck-azar | Petitioner |
| 63) Timothy Beckenholdt | Petitioner |
| 64) Alan Beckman | Petitioner |
| 65) Michael Bell | Petitioner |
| 66) Theodore Bell | Petitioner |
| 67) Patricia Benigni | Petitioner |
| 68) Kim Benjamin | Petitioner |
| 69) Valerie Bennett | Petitioner |
| 70) Lora Benson | Petitioner |
| 71) Edward Berenhaus | Petitioner |
| 72) Dennis Bergstrand | Petitioner |
| 73) Rosemary Bernhard | Petitioner |
| 74) Melissa Bertolino | Petitioner |
| 75) Steven Beste | Petitioner |
| 76) Maryellen Bicer | Petitioner |
| 77) Aaron Biderman | Petitioner |
| 78) Karen Biggs | Petitioner |
| 79) Kate Bishop | Petitioner |
| 80) Chantelle Bittings | Petitioner |
| 81) Kate Black | Petitioner |
| 82) Shelley Blackler | Petitioner |
| 83) Sam Blank | Petitioner |
| 84) Steven Blanyar | Petitioner |
| 85) Brian Blazevich | Petitioner |
| 86) Renee Blitek | Petitioner |
| 87) Steven Bloome | Petitioner |
| 88) Mccracken Bobbi | Petitioner |
| 89) Maryn Boess | Petitioner |
| 90) Tekisha Boler | Petitioner |
| 91) Deb Bolus | Petitioner |
| 92) Tanya Bonano | Petitioner |
| 93) Lenna Bonilla | Petitioner |
| 94) Bruce Bonner | Petitioner |
| 95) Christine Borovoy | Petitioner |
| 96) Suzanne Borzak | Petitioner |
| 97) Madrona Bourdeau | Petitioner |
| 98) Tiffaney Boxley | Petitioner |
| 99) Michael Boyers | Petitioner |
| 100) Janie Brackney | Petitioner |

CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)

NICOLE AARON, et al. v. Epson America, Inc.

Case No.

| PARTY | CONNECTION / INTEREST |
|---|---|
| 101) Jasmine Bradford | Petitioner |
| 102) Ezrina Bradley | Petitioner |
| 103) Shashaunna Bradley | Petitioner |
| 104) Pamela Bragg | Petitioner |
| 105) Fran Brandvold | Petitioner |
| 106) Brian Brenner | Petitioner |
| 107) Ashley Bridges Negron | Petitioner |
| 108) Kya Briggs | Petitioner |
| 109) Richard Brine | Petitioner |
| 110) Erika Brinkmann | Petitioner |
| 111) Andrea Broadwater | Petitioner |
| 112) Barbara Brooks | Petitioner |
| 113) Heath Broughton Aww Broughton | Petitioner |
| 114) Marie Brown | Petitioner |
| 115) Sarah Brown | Petitioner |
| 116) Sharon Brown | Petitioner |
| 117) Stephan Brown | Petitioner |
| 118) Timothy Brown | Petitioner |
| 119) Elizabeth Brownridge | Petitioner |
| 120) Madeline Bruni | Petitioner |
| 121) Reddick Bryan | Petitioner |
| 122) Nicole Bryant | Petitioner |
| 123) Lee Buccola | Petitioner |
| 124) Perry Buchalter | Petitioner |
| 125) Amashawn Buchanan | Petitioner |
| 126) Patricia Buck Miano | Petitioner |
| 127) Morgan Bullock | Petitioner |
| 128) Ethan Burdin | Petitioner |
| 129) Gloria Burgess | Petitioner |
| 130) Terryhi Burke | Petitioner |
| 131) Lorie Burnette | Petitioner |
| 132) Ann Burns | Petitioner |
| 133) Nikia Burton | Petitioner |
| 134) Sam Burton | Petitioner |
| 135) Lateaka Busby | Petitioner |
| 136) Jeffrey Butler | Petitioner |
| 137) Richard Butler | Petitioner |
| 138) Brian Bylls | Petitioner |
| 139) Ann Calderone | Petitioner |
| 140) Peggy Cale | Petitioner |
| 141) Constance Callaway | Petitioner |
| 142) Orlando Camacho | Petitioner |
| 143) Janet Campbell | Petitioner |
| 144) Shirley Campbell | Petitioner |

CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)

NICOLE AARON, et al. v. Epson America, Inc.

Case No.

| PARTY | CONNECTION / INTEREST |
|---|---|
| 145) Robert Cannon | Petitioner |
| 146) Li Canorro | Petitioner |
| 147) Davide Cantoni | Petitioner |
| 148) Debi Caples | Petitioner |
| 149) Jeanette Capria-lazzaro | Petitioner |
| 150) Marc Carbone | Petitioner |
| 151) Michael Carey | Petitioner |
| 152) Sandra Carr | Petitioner |
| 153) Cynthia Carramusa | Petitioner |
| 154) Rachel Carrothers | Petitioner |
| 155) Charlene Carsello | Petitioner |
| 156) Pamela Carthew | Petitioner |
| 157) Lara Cash | Petitioner |
| 158) Vonetta Cason | Petitioner |
| 159) Cota Cassandra | Petitioner |
| 160) Sara Castillo | Petitioner |
| 161) Silvia Catten | Petitioner |
| 162) Mary Ellen Catubig | Petitioner |
| 163) Justin Caudell | Petitioner |
| 164) Mary Chalabi | Petitioner |
| 165) Annette Challenor | Petitioner |
| 166) Mary Chamberlin | Petitioner |
| 167) Barbara Chambers | Petitioner |
| 168) Laura Chamblee | Petitioner |
| 169) Adam Chappell | Petitioner |
| 170) Vadim Chebotarev | Petitioner |
| 171) Robert Chenoff | Petitioner |
| 172) Bernadette Chiaramonte | Petitioner |
| 173) Jennifer Chiaramonte | Petitioner |
| 174) Jerry Chin | Petitioner |
| 175) John Cho | Petitioner |
| 176) Kyung Choi | Petitioner |
| 177) Michael Choros | Petitioner |
| 178) Rosa Chowning | Petitioner |
| 179) Thomas Christensen | Petitioner |
| 180) Karen Christians | Petitioner |
| 181) Dennis Christie | Petitioner |
| 182) Sandra Church | Petitioner |
| 183) Alan Cicenas | Petitioner |
| 184) Julia Ciliberti | Petitioner |
| 185) Michael Citarella | Petitioner |
| 186) Darryl Clark | Petitioner |
| 187) Philip Clark | Petitioner |
| 188) Michael Clemente | Petitioner |

CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)

NICOLE AARON, et al. v. Epson America, Inc.

Case No.

| PARTY | CONNECTION / INTEREST |
|---|---|
| 189) Gary Cloutier | Petitioner |
| 190) Howard Cohen | Petitioner |
| 191) Steven Cohen | Petitioner |
| 192) Brittany Coleman | Petitioner |
| 193) Carolyn Coleman | Petitioner |
| 194) Heather Coleman | Petitioner |
| 195) Vicki Coles | Petitioner |
| 196) Cory Collins | Petitioner |
| 197) James Collins | Petitioner |
| 198) Michelle Collins | Petitioner |
| 199) Pamela Collins | Petitioner |
| 200) Cori Condon | Petitioner |
| 201) Nakesha Conrad | Petitioner |
| 202) Jennifer Cooper | Petitioner |
| 203) Latonia Cooper | Petitioner |
| 204) Renee Cooper | Petitioner |
| 205) Connie Cope | Petitioner |
| 206) Michael Corbo | Petitioner |
| 207) Marnella Cordato | Petitioner |
| 208) Cesar Cornejo | Petitioner |
| 209) Krissy Costa | Petitioner |
| 210) Philip Costa | Petitioner |
| 211) Brian Costello | Petitioner |
| 212) Nicole Coticchio | Petitioner |
| 213) Draone Council | Petitioner |
| 214) Michelle Cowley | Petitioner |
| 215) Cory Crabtree | Petitioner |
| 216) Maria Crawford | Petitioner |
| 217) Lynnette Crenshaw | Petitioner |
| 218) Noverto Crespo | Petitioner |
| 219) Francis Cristobal | Petitioner |
| 220) Alice Crock | Petitioner |
| 221) Lori Crockson | Petitioner |
| 222) Thomas Croly | Petitioner |
| 223) Roscoe Cromwell | Petitioner |
| 224) Richard Crooks | Petitioner |
| 225) Chantelle Crosby | Petitioner |
| 226) Michael Crosby | Petitioner |
| 227) Sheena Croston | Petitioner |
| 228) Gina Cruz | Petitioner |
| 229) Tonia Cruz | Petitioner |
| 230) William Culbertson | Petitioner |
| 231) James Cummings | Petitioner |
| 232) Aucqunette Cunningham | Petitioner |

CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)

NICOLE AARON, et al. v. Epson America, Inc.

Case No.

| PARTY | CONNECTION / INTEREST |
|---|---|
| 233) Billy Cunningham | Petitioner |
| 234) Joseph Curcio | Petitioner |
| 235) Sherry Cushing | Petitioner |
| 236) David Czopek | Petitioner |
| 237) Kysha Dabney | Petitioner |
| 238) Thomas Dahlmann | Petitioner |
| 239) Mary D'amico | Petitioner |
| 240) Cynthia Damler | Petitioner |
| 241) Elizabeth Dangelo | Petitioner |
| 242) Michael Dangelo | Petitioner |
| 243) Gale Daniels | Petitioner |
| 244) Linda Darvid | Petitioner |
| 245) Linda Davenport | Petitioner |
| 246) Clint Davidson | Petitioner |
| 247) Tina Davidson | Petitioner |
| 248) Jennifer Davis | Petitioner |
| 249) John Davis | Petitioner |
| 250) Monique Davis | Petitioner |
| 251) Sunday Dawne-marie Xiques | Petitioner |
| 252) Honora Day | Petitioner |
| 253) Sandy Deangio | Petitioner |
| 254) Rachel Decarlo | Petitioner |
| 255) Laura DeCastro | Petitioner |
| 256) Lamont Decker | Petitioner |
| 257) Tim Dedinsky | Petitioner |
| 258) Chris Defonzo | Petitioner |
| 259) Elaine Degiglio | Petitioner |
| 260) Jasmine Del Borrello | Petitioner |
| 261) Ivan Dellera | Petitioner |
| 262) Jean Demers | Petitioner |
| 263) William Demmon | Petitioner |
| 264) Peter Deniet | Petitioner |
| 265) Jorie Dermer | Petitioner |
| 266) David Desimone | Petitioner |
| 267) John Dewhurstwalker | Petitioner |
| 268) Angelo Diaz | Petitioner |
| 269) David Diaz | Petitioner |
| 270) Jessica Diaz | Petitioner |
| 271) Paul Dickash | Petitioner |
| 272) Trissan Dicomes | Petitioner |
| 273) Dennis Dillon | Petitioner |
| 274) Lawrence Dimarco | Petitioner |
| 275) Heather Dino | Petitioner |
| 276) Barbara Dinwiddie | Petitioner |

CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)

NICOLE AARON, et al. v. Epson America, Inc.
Case No.

| PARTY | CONNECTION / INTEREST |
|---|---|
| 277) Sheryl Discher | Petitioner |
| 278) Courtney Ditomo | Petitioner |
| 279) April Dixon | Petitioner |
| 280) Jessica Dixon | Petitioner |
| 281) David Dolfe | Petitioner |
| 282) Ana Dominguez | Petitioner |
| 283) Frank Dominguez | Petitioner |
| 284) Lewis Donley | Petitioner |
| 285) Kyra Dorman | Petitioner |
| 286) Jocelyn Dorsey | Petitioner |
| 287) Doris Dorval | Petitioner |
| 288) Charlene Dotson | Petitioner |
| 289) Stefanie Doty | Petitioner |
| 290) Leeann Dougherty | Petitioner |
| 291) Madeleine Douthit | Petitioner |
| 292) Christopher Dowling | Petitioner |
| 293) Julia Doyle | Petitioner |
| 294) Robert Doyle | Petitioner |
| 295) Michaela Dragon | Petitioner |
| 296) Holly Draper | Petitioner |
| 297) Jason Draper | Petitioner |
| 298) Gabriel Drueke | Petitioner |
| 299) Alisha Duenas | Petitioner |
| 300) Joseph Duggan | Petitioner |
| 301) Arlene Duncan | Petitioner |
| 302) Dianne Duncan | Petitioner |
| 303) Danielle Dunn | Petitioner |
| 304) Jennifer Eagar | Petitioner |
| 305) Kate Ealey | Petitioner |
| 306) Jeff Eaton | Petitioner |
| 307) Loretta Echols | Petitioner |
| 308) LaTavia Edwards | Petitioner |
| 309) Betty Efstathopoulos | Petitioner |
| 310) Andrea Eggleston Mayo | Petitioner |
| 311) Jessica Egloff | Petitioner |
| 312) Ken Eichholz | Petitioner |
| 313) Stacey Elliott- Westfall | Petitioner |
| 314) Aisha Ellis | Petitioner |
| 315) Nekia Ellison | Petitioner |
| 316) Linda Emshousen | Petitioner |
| 317) Emilia Enfield | Petitioner |
| 318) Matthew Englebert | Petitioner |
| 319) Carl F Ennis | Petitioner |
| 320) Clint Escandell | Petitioner |

CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)

NICOLE AARON, et al. v. Epson America, Inc.
Case No.

| PARTY | CONNECTION / INTEREST |
|---|---|
| 321) Amanda Evans | Petitioner |
| 322) William Evaul | Petitioner |
| 323) Priscilla Fagan | Petitioner |
| 324) Rebecca Fairchild | Petitioner |
| 325) Theresa Farage | Petitioner |
| 326) Elizabeth Farrelly | Petitioner |
| 327) Bret Farritor | Petitioner |
| 328) Aldo Fedrighini | Petitioner |
| 329) Sharon Feeleywoodman | Petitioner |
| 330) Michael Feinman | Petitioner |
| 331) Maya Fernandez | Petitioner |
| 332) Rosaline Fernandez | Petitioner |
| 333) Robert Ferrara | Petitioner |
| 334) Catherine Fina | Petitioner |
| 335) Chad Fisher | Petitioner |
| 336) Jami Fleming Midd | Petitioner |
| 337) Angie Fletcher | Petitioner |
| 338) Amanda Flores | Petitioner |
| 339) Josie Flores | Petitioner |
| 340) Keith Foley | Petitioner |
| 341) Nancy Fonseca | Petitioner |
| 342) Leah Ford | Petitioner |
| 343) Rikki Ford | Petitioner |
| 344) Mark Forseth | Petitioner |
| 345) Stephen Foster | Petitioner |
| 346) Teri Foster | Petitioner |
| 347) Frank Foulis | Petitioner |
| 348) Jim Fox | Petitioner |
| 349) Reginald Fox | Petitioner |
| 350) Mark Frankenfield Frankenfield | Petitioner |
| 351) Ashley Frazier | Petitioner |
| 352) Brandis Freeman | Petitioner |
| 353) Charnell Freeman | Petitioner |
| 354) Jeannine Freudenberg | Petitioner |
| 355) Ashley Friend | Petitioner |
| 356) Cornelia Fulmore | Petitioner |
| 357) James Funicelli | Petitioner |
| 358) Paul Gabtiele | Petitioner |
| 359) Renee Gale | Petitioner |
| 360) Becky Galipeau | Petitioner |
| 361) Stacey Galitos | Petitioner |
| 362) Shannon Galloway | Petitioner |
| 363) Frank Gandolfo | Petitioner |
| 364) Robert Gaona | Petitioner |

CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)

NICOLE AARON, et al. v. Epson America, Inc.
Case No.

| PARTY | CONNECTION / INTEREST |
|---|---|
| 365) Caroline Garcia | Petitioner |
| 366) Christina Garfagna | Petitioner |
| 367) Monique Garneau | Petitioner |
| 368) Elizabeth Garro | Petitioner |
| 369) William Garvin | Petitioner |
| 370) Robert Gasparro | Petitioner |
| 371) Mark Gasperini | Petitioner |
| 372) Barbara Gatens | Petitioner |
| 373) James Gaynor | Petitioner |
| 374) Bill Genzoli | Petitioner |
| 375) Macroy Geraldine | Petitioner |
| 376) Angela Germany | Petitioner |
| 377) Tracey Gesell | Petitioner |
| 378) Angelo Gibson | Petitioner |
| 379) Constance Gibson | Petitioner |
| 380) Maryann Gibson Gibson | Petitioner |
| 381) Jason Gilbraith | Petitioner |
| 382) Eric Gillespie | Petitioner |
| 383) Gerry Gilmor | Petitioner |
| 384) Gigi Giorgio | Petitioner |
| 385) Anthony Glebocki | Petitioner |
| 386) Haley Gloss | Petitioner |
| 387) Doreen Godare | Petitioner |
| 388) Dean Goff | Petitioner |
| 389) Sherrell Gomillia | Petitioner |
| 390) Guy Gondron | Petitioner |
| 391) Narcisse Gonzales | Petitioner |
| 392) Gus Gonzalez | Petitioner |
| 393) Joel Gonzalez | Petitioner |
| 394) Kermit Goodman | Petitioner |
| 395) Nicole Gordon | Petitioner |
| 396) James Gormley | Petitioner |
| 397) Sarah Grant | Petitioner |
| 398) Alysha Gray | Petitioner |
| 399) Patricia Grayson-canty | Petitioner |
| 400) Ame Greco | Petitioner |
| 401) Steve Greenberg | Petitioner |
| 402) Judy Greer | Petitioner |
| 403) Lisa Gregg | Petitioner |
| 404) Tasheica Grindly | Petitioner |
| 405) Kathy Grisz | Petitioner |
| 406) Thomas Grossmann | Petitioner |
| 407) Joshua Grove | Petitioner |
| 408) Sheena Grover | Petitioner |

CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)

NICOLE AARON, et al. v. Epson America, Inc.

Case No.

| PARTY | CONNECTION / INTEREST |
|---|---|
| 409) Mills Gruber | Petitioner |
| 410) Sara Grulich | Petitioner |
| 411) Barbara Guido | Petitioner |
| 412) Keith Gurnick | Petitioner |
| 413) Henry Gutowski | Petitioner |
| 414) Kimberly Haberman | Petitioner |
| 415) Sheryl Hadeka | Petitioner |
| 416) Rhiannon Haeffner | Petitioner |
| 417) Barbara Hafkey | Petitioner |
| 418) Kenneth Hagan | Petitioner |
| 419) Sherry Hagerman | Petitioner |
| 420) Marina Hagstrom | Petitioner |
| 421) Katie Hahl | Petitioner |
| 422) Zachary Hall | Petitioner |
| 423) Paul Halley | Petitioner |
| 424) Adam Hallowell | Petitioner |
| 425) Elizabeth Hamann | Petitioner |
| 426) Lutando Hamilton | Petitioner |
| 427) Tara Hamilton | Petitioner |
| 428) Jo Anne Hands | Petitioner |
| 429) Lisa Hanges | Petitioner |
| 430) Kevin Hanneman | Petitioner |
| 431) Merideth Hansen | Petitioner |
| 432) Stefanie Hansen | Petitioner |
| 433) Taylor Harder | Petitioner |
| 434) Darryl Harris | Petitioner |
| 435) Janet Harris | Petitioner |
| 436) Jason Harris | Petitioner |
| 437) Ruth Harris | Petitioner |
| 438) Jesse Harrison | Petitioner |
| 439) Emiko Hartley | Petitioner |
| 440) Sherri Hartley | Petitioner |
| 441) Amanda Harvey | Petitioner |
| 442) Renita Harvey | Petitioner |
| 443) Steven Hashimoto | Petitioner |
| 444) Harold Hauser | Petitioner |
| 445) Amber Hausfeld | Petitioner |
| 446) Daniel Hayes | Petitioner |
| 447) Pamela Hayes | Petitioner |
| 448) Carol Hearn | Petitioner |
| 449) Heather Heenan | Petitioner |
| 450) Monica Heinzman | Petitioner |
| 451) Jan Hellmann | Petitioner |
| 452) Derek Hemphill | Petitioner |

CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)

NICOLE AARON, et al. v. Epson America, Inc.
Case No.

| PARTY | CONNECTION / INTEREST |
|---|---|
| 453) Jon Henderson | Petitioner |
| 454) Laurel Henderson | Petitioner |
| 455) Porsha Henderson | Petitioner |
| 456) Shane Hendrix | Petitioner |
| 457) Mark Hennecken | Petitioner |
| 458) Tyran Henning | Petitioner |
| 459) Dominic Henry | Petitioner |
| 460) Douglas Henry | Petitioner |
| 461) Thomas Henson | Petitioner |
| 462) Ryan Hernley | Petitioner |
| 463) Georgia Herren | Petitioner |
| 464) Katherine Herzog | Petitioner |
| 465) Amy Heyl | Petitioner |
| 466) Mark Hicinbothem | Petitioner |
| 467) Al Hicks | Petitioner |
| 468) Jody Hideg | Petitioner |
| 469) Nathan Higgins | Petitioner |
| 470) Toki Hill | Petitioner |
| 471) Terence Hines | Petitioner |
| 472) Devina Hinojosa | Petitioner |
| 473) Maynard Hirsch | Petitioner |
| 474) Emmanuel Hoachlander | Petitioner |
| 475) Sandra Hodge | Petitioner |
| 476) Cory Hodges | Petitioner |
| 477) Loretta Hoffmann | Petitioner |
| 478) Anne Hogan | Petitioner |
| 479) David Holbrook | Petitioner |
| 480) Dan Holland | Petitioner |
| 481) Debra Holm | Petitioner |
| 482) Evelyn Holmes | Petitioner |
| 483) Steve Hoppel | Petitioner |
| 484) Veronica Horne | Petitioner |
| 485) Crystal Hott | Petitioner |
| 486) Steven Houang | Petitioner |
| 487) Miranda Howard | Petitioner |
| 488) Rebecca Howitt | Petitioner |
| 489) Ronni Hua | Petitioner |
| 490) Karen Hudson | Petitioner |
| 491) Carla Hughes | Petitioner |
| 492) Christina Hughes | Petitioner |
| 493) David Hughes | Petitioner |
| 494) Ashlee Humes | Petitioner |
| 495) John Huneycutt | Petitioner |
| 496) James Hunt | Petitioner |

CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)

NICOLE AARON, et al. v. Epson America, Inc.

Case No.

| PARTY | CONNECTION / INTEREST |
|---|---|
| 497) Shelly Huntington | Petitioner |
| 498) Sarah Hurley | Petitioner |
| 499) Richard Hurocy | Petitioner |
| 500) Linda Inglis | Petitioner |
| 501) Pamela Ingram | Petitioner |
| 502) Travis Inskeep | Petitioner |
| 503) Terry Iwaniw | Petitioner |
| 504) Lonnie Jabour | Petitioner |
| 505) Charlotte Jackson | Petitioner |
| 506) Dawn Jackson | Petitioner |
| 507) Jermane Jackson | Petitioner |
| 508) Latricia Jackson | Petitioner |
| 509) Lisa Camille Jackson | Petitioner |
| 510) Ora Jackson | Petitioner |
| 511) Sheela Jackson | Petitioner |
| 512) Sonya Jackson | Petitioner |
| 513) Tifarah Jackson | Petitioner |
| 514) Karen Jacobsen | Petitioner |
| 515) Edward Jacobus | Petitioner |
| 516) Cantore James | Petitioner |
| 517) Stoler Jan | Petitioner |
| 518) Clinton Janes | Petitioner |
| 519) Dennis Jans | Petitioner |
| 520) Jennifer Jenkins | Petitioner |
| 521) Trissa Jenkins | Petitioner |
| 522) Michael Jensen | Petitioner |
| 523) Kathy Jimenez | Petitioner |
| 524) Karen John | Petitioner |
| 525) Amy Johnson | Petitioner |
| 526) Datecha Johnson | Petitioner |
| 527) David Johnson | Petitioner |
| 528) Deshon Johnson | Petitioner |
| 529) Eurthia Johnson | Petitioner |
| 530) Jessica Johnson | Petitioner |
| 531) John Johnson | Petitioner |
| 532) Kenisha Johnson | Petitioner |
| 533) Letisha Johnson | Petitioner |
| 534) Ted Johnson | Petitioner |
| 535) Tracey Johnson | Petitioner |
| 536) Stone Jonathan | Petitioner |
| 537) Almira Jones | Petitioner |
| 538) Cavin Jones | Petitioner |
| 539) Dameka Jones | Petitioner |
| 540) Darron Jones | Petitioner |

CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)

NICOLE AARON, et al. v. Epson America, Inc.

Case No.

| PARTY | CONNECTION / INTEREST |
|---|---|
| 541) Dawn Jones | Petitioner |
| 542) Demetrius Jones | Petitioner |
| 543) Diane Jones | Petitioner |
| 544) Joe Jones | Petitioner |
| 545) Katrina Jones | Petitioner |
| 546) Traci Jones | Petitioner |
| 547) Scott Jordan | Petitioner |
| 548) David Jordano | Petitioner |
| 549) Stanley Judson | Petitioner |
| 550) Cecile Kahr | Petitioner |
| 551) Philip Kalinowsky | Petitioner |
| 552) Kathy Kamauu | Petitioner |
| 553) Mary Louise Kaminski | Petitioner |
| 554) Scott Kane | Petitioner |
| 555) Aaron Kapner | Petitioner |
| 556) Randy Karey | Petitioner |
| 557) Steve Kasper | Petitioner |
| 558) Cagle Kathleen | Petitioner |
| 559) Brian Kawa | Petitioner |
| 560) Mark Keane | Petitioner |
| 561) Gregory Kehl | Petitioner |
| 562) Pamela Kellams | Petitioner |
| 563) Mary Keller | Petitioner |
| 564) Precilla Kelley | Petitioner |
| 565) Lori Kelly | Petitioner |
| 566) Sharon Kendrick | Petitioner |
| 567) Leo Kenen | Petitioner |
| 568) Matthew Kenly | Petitioner |
| 569) Jennifer Kennedy | Petitioner |
| 570) Kellie Kennedy | Petitioner |
| 571) Edward Kep | Petitioner |
| 572) Max Ketcham | Petitioner |
| 573) Michael Killius | Petitioner |
| 574) James Kimber | Petitioner |
| 575) Jim Kime | Petitioner |
| 576) Judy Kinal | Petitioner |
| 577) Chris King | Petitioner |
| 578) Quintin Kittle | Petitioner |
| 579) Liz Klarner | Petitioner |
| 580) Ashley Klein | Petitioner |
| 581) Kate Klein | Petitioner |
| 582) Victor Klein | Petitioner |
| 583) Scott Klick | Petitioner |
| 584) Marian Kloter | Petitioner |

CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)

NICOLE AARON, et al. v. Epson America, Inc.

Case No.

| PARTY | CONNECTION / INTEREST |
|---|---|
| 585) Carol Knight-wallace | Petitioner |
| 586) Steven Knutson | Petitioner |
| 587) Kristen Koerber | Petitioner |
| 588) Carol Kohen | Petitioner |
| 589) Thaddeus Kolke | Petitioner |
| 590) Timothy Kolzow | Petitioner |
| 591) Judith Kosinski | Petitioner |
| 592) Anita Kostbade | Petitioner |
| 593) Kathleen Kozlinski | Petitioner |
| 594) Michelle Krasley | Petitioner |
| 595) Rita Krebs | Petitioner |
| 596) Don Krist | Petitioner |
| 597) Leon Kroft | Petitioner |
| 598) Kimberly Krug | Petitioner |
| 599) Joel Krugler | Petitioner |
| 600) Ken Kuchar | Petitioner |
| 601) Karen Kuchel | Petitioner |
| 602) Steven Kulhanek | Petitioner |
| 603) Debbie Kurowski | Petitioner |
| 604) Kathleen L Oberg | Petitioner |
| 605) George Labato | Petitioner |
| 606) Karen Lacorte | Petitioner |
| 607) Darlene Lampson | Petitioner |
| 608) Gregory Langl | Petitioner |
| 609) Tonya Laramore | Petitioner |
| 610) Robert Lasich | Petitioner |
| 611) Jonn Latores | Petitioner |
| 612) Beverly Laude | Petitioner |
| 613) Bernadette Lauff | Petitioner |
| 614) Mackenzi Lawson | Petitioner |
| 615) Heather Layton | Petitioner |
| 616) Michael Lazaroff | Petitioner |
| 617) Carla Leathers | Petitioner |
| 618) Franczyk Lee | Petitioner |
| 619) Alan Lefton | Petitioner |
| 620) Gary Leighton | Petitioner |
| 621) Scott Lennett | Petitioner |
| 622) Mark Lennon | Petitioner |
| 623) Thomas Leonard | Petitioner |
| 624) Charmaine Lesane | Petitioner |
| 625) Pamela Lessner | Petitioner |
| 626) Elizabeth Lester | Petitioner |
| 627) Marcia Letizia | Petitioner |
| 628) Linda Levitsky | Petitioner |

CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)

NICOLE AARON, et al. v. Epson America, Inc.
Case No.

| PARTY | CONNECTION / INTEREST |
|---|---|
| 629) Jonathan Lewin | Petitioner |
| 630) Cherrile Lewis | Petitioner |
| 631) Ralph Lewis | Petitioner |
| 632) Aisha Lewis-jarrett | Petitioner |
| 633) Baxter Linda | Petitioner |
| 634) Emily Lindsay | Petitioner |
| 635) Gregory Little | Petitioner |
| 636) Raymond Lizzio | Petitioner |
| 637) Jennifer Lock | Petitioner |
| 638) Whitney Lockhart | Petitioner |
| 639) Anthony Lombardo | Petitioner |
| 640) Prestin Long | Petitioner |
| 641) Steven Long | Petitioner |
| 642) Gary Loomis | Petitioner |
| 643) Dominic Losquadro | Petitioner |
| 644) Janet Love | Petitioner |
| 645) Ken Love | Petitioner |
| 646) Steven Love | Petitioner |
| 647) Brynn Lovell | Petitioner |
| 648) Michael Lowe | Petitioner |
| 649) Mo Lowery | Petitioner |
| 650) Michael Luckey | Petitioner |
| 651) Joyanna Lugo | Petitioner |
| 652) Kristine Luis | Petitioner |
| 653) Louis Lutcher | Petitioner |
| 654) Don Lutz | Petitioner |
| 655) Jeanette Lynch | Petitioner |
| 656) Hien Lyons | Petitioner |
| 657) Stephen Lyons | Petitioner |
| 658) Jean Macaluso | Petitioner |
| 659) Dana Macdonald | Petitioner |
| 660) Christine Mace | Petitioner |
| 661) Pam Mace | Petitioner |
| 662) Torrie Mack | Petitioner |
| 663) Vernelle Mack | Petitioner |
| 664) Keith Mackey | Petitioner |
| 665) Sherri Mackey | Petitioner |
| 666) Riley Mackowiak | Petitioner |
| 667) John Macmillan | Petitioner |
| 668) Jonathan Maer | Petitioner |
| 669) Robert Magio | Petitioner |
| 670) Michael Mahar | Petitioner |
| 671) Thomas Maier | Petitioner |
| 672) Albert Maimon | Petitioner |

CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)

NICOLE AARON, et al. v. Epson America, Inc.

Case No.

| PARTY | CONNECTION / INTEREST |
|---|---|
| 673) Joseph Malatia | Petitioner |
| 674) Ashley Malinowski | Petitioner |
| 675) Joseph Manley | Petitioner |
| 676) Ann Mann | Petitioner |
| 677) Jonathan Manning | Petitioner |
| 678) Susan Manns | Petitioner |
| 679) Kimberley Marasco | Petitioner |
| 680) Theresa Marchione | Petitioner |
| 681) Tillis Marie | Petitioner |
| 682) Marc Marini | Petitioner |
| 683) Kathy Marley | Petitioner |
| 684) Ariana Marquez | Petitioner |
| 685) Sandy Marsh | Petitioner |
| 686) Karina Martinez | Petitioner |
| 687) Rogelio Martinez | Petitioner |
| 688) Cindy Mason | Petitioner |
| 689) Julie Mason | Petitioner |
| 690) Jill Massie | Petitioner |
| 691) Brenda Matish | Petitioner |
| 692) Barbara Matthes | Petitioner |
| 693) Neil Matthews | Petitioner |
| 694) Thomas Mattson | Petitioner |
| 695) Susan Mavis | Petitioner |
| 696) Felisha May | Petitioner |
| 697) Susan Mayer | Petitioner |
| 698) Dayna Mazurek | Petitioner |
| 699) Chris Mcafee | Petitioner |
| 700) Colleen Mccarthy | Petitioner |
| 701) Howard Mcclain | Petitioner |
| 702) Virginia Mcclure | Petitioner |
| 703) Melissa Mccombs | Petitioner |
| 704) John Mccormack | Petitioner |
| 705) Bernadette Mccowan | Petitioner |
| 706) Gene Mccoy | Petitioner |
| 707) Kevin Mccrory | Petitioner |
| 708) Nancy Mcdonald | Petitioner |
| 709) Sharon Mcdowell | Petitioner |
| 710) Annette Mcfarlane | Petitioner |
| 711) Gary Mcgibbon | Petitioner |
| 712) Barbara Mcgrath | Petitioner |
| 713) Daniel Mcintyre | Petitioner |
| 714) Christina Mckale | Petitioner |
| 715) Patrick Mckee | Petitioner |
| 716) Kimi Mckeever | Petitioner |

NICOLE AARON, et al. v. Epson America, Inc.
Case No.

| PARTY | CONNECTION / INTEREST |
|---|---|
| 717) Mary Mckenna | Petitioner |
| 718) William Mckeon | Petitioner |
| 719) Kevin Mckernan | Petitioner |
| 720) Randi Mcmanus | Petitioner |
| 721) Jon Mcnulty | Petitioner |
| 722) Theodore Meczywor | Petitioner |
| 723) Abbey Meeks | Petitioner |
| 724) Ruanda Mejia | Petitioner |
| 725) Gary Melo | Petitioner |
| 726) Constance Melton | Petitioner |
| 727) James Mendelsohn | Petitioner |
| 728) Nicholas Mennecke | Petitioner |
| 729) Candace Mercer | Petitioner |
| 730) Lillian Mercer | Petitioner |
| 731) David Messenger | Petitioner |
| 732) Jessica Metchick | Petitioner |
| 733) Robert Mevec | Petitioner |
| 734) Adam Meyer | Petitioner |
| 735) Marymae Meyer | Petitioner |
| 736) Jacqueline Middleton | Petitioner |
| 737) Joseph Miele | Petitioner |
| 738) Brian Migioia | Petitioner |
| 739) Stephen Milcarsmy Iii | Petitioner |
| 740) Felicia Miles | Petitioner |
| 741) Judy Miller | Petitioner |
| 742) Ladiasha Miller | Petitioner |
| 743) Michelle Miller | Petitioner |
| 744) Bridget Minton | Petitioner |
| 745) Dominique Mirza | Petitioner |
| 746) Anne Mitchell | Petitioner |
| 747) Brett Mitchell | Petitioner |
| 748) Robert Moberg | Petitioner |
| 749) Jose M Monsalve Diaz | Petitioner |
| 750) Candace Montgomery | Petitioner |
| 751) Cindy Monyek | Petitioner |
| 752) Melissa Mooney | Petitioner |
| 753) Betty Moore | Petitioner |
| 754) Monique Moore | Petitioner |
| 755) Sharon Moore | Petitioner |
| 756) Mike Morone | Petitioner |
| 757) Lori Morris | Petitioner |
| 758) Tanya Morris | Petitioner |
| 759) James Morrison | Petitioner |
| 760) Donald Morse | Petitioner |

CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)

NICOLE AARON, et al. v. Epson America, Inc.

Case No.

| PARTY | CONNECTION / INTEREST |
|---|---|
| 761) Cher Moser | Petitioner |
| 762) Dan Moskowitz | Petitioner |
| 763) Kandice Mosley | Petitioner |
| 764) Melissa Mottern | Petitioner |
| 765) Henry Mottola | Petitioner |
| 766) Bekah Moya | Petitioner |
| 767) Seth Moyer | Petitioner |
| 768) Steven Muransky | Petitioner |
| 769) Christina Murphey | Petitioner |
| 770) Mary Murphy | Petitioner |
| 771) James Murray | Petitioner |
| 772) Robert Murray | Petitioner |
| 773) John Musnicki | Petitioner |
| 774) Hannah Nance | Petitioner |
| 775) Megan Neil | Petitioner |
| 776) Andrea Nelson | Petitioner |
| 777) Liane Neptune | Petitioner |
| 778) Kelli Nerger | Petitioner |
| 779) Lawrence Nevel | Petitioner |
| 780) Ron Newman | Petitioner |
| 781) James Ng | Petitioner |
| 782) Paula Nichols | Petitioner |
| 783) Chad Nickless | Petitioner |
| 784) Frank Nicosia | Petitioner |
| 785) Paulette Niewczyk | Petitioner |
| 786) Thomas Nissen | Petitioner |
| 787) James Nolan | Petitioner |
| 788) Steven Nolfi | Petitioner |
| 789) Stephanie Norris | Petitioner |
| 790) Michael Novak | Petitioner |
| 791) Terry Novicki | Petitioner |
| 792) Debra Oberle | Petitioner |
| 793) Ryan Oconnor | Petitioner |
| 794) Julie Odonnell | Petitioner |
| 795) Kenneth Oehmke | Petitioner |
| 796) Shanesha Ogarro | Petitioner |
| 797) Peter Oh | Petitioner |
| 798) Susan Oldham | Petitioner |
| 799) Amu Olesnevich | Petitioner |
| 800) Maria Olivera | Petitioner |
| 801) Molly Olsen | Petitioner |
| 802) Kimberly Olson | Petitioner |
| 803) Richard Oncena | Petitioner |
| 804) Chris O'neal | Petitioner |

CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)

NICOLE AARON, et al. v. Epson America, Inc.

Case No.

| PARTY | CONNECTION / INTEREST |
|---|---|
| 805) Ryan Opick | Petitioner |
| 806) Jerry Ortega | Petitioner |
| 807) Juan Ortiz | Petitioner |
| 808) Katherine O'sullivan | Petitioner |
| 809) Kerry Oswalt | Petitioner |
| 810) Delia Otero | Petitioner |
| 811) Paula Oumanski | Petitioner |
| 812) Chris Overstreet | Petitioner |
| 813) Pamela Owens | Petitioner |
| 814) Jessica Pack | Petitioner |
| 815) Ingra Page | Petitioner |
| 816) Jyothi Pallapothu | Petitioner |
| 817) Robin Palley | Petitioner |
| 818) Dorothy Palm | Petitioner |
| 819) Kenneth Panaro | Petitioner |
| 820) Andrew Pargament | Petitioner |
| 821) Ricky Parker | Petitioner |
| 822) Shannon Parker | Petitioner |
| 823) Tara Parker | Petitioner |
| 824) Sherry Pasquinelli | Petitioner |
| 825) Rosemarie Passi | Petitioner |
| 826) Michele Pasternak | Petitioner |
| 827) Waldron Pat | Petitioner |
| 828) Terri Patterson | Petitioner |
| 829) Tonya Patterson | Petitioner |
| 830) Scott Pattison | Petitioner |
| 831) Rick Pawling | Petitioner |
| 832) Brett Payne | Petitioner |
| 833) Denise Payne | Petitioner |
| 834) Mai Liis Peacock | Petitioner |
| 835) Kathy Pearson | Petitioner |
| 836) Jon Peck | Petitioner |
| 837) Stephanie Peck | Petitioner |
| 838) Patricia Peditto | Petitioner |
| 839) Erica Pedro | Petitioner |
| 840) Mary Peduzzi | Petitioner |
| 841) Dwayne Peel | Petitioner |
| 842) Phyllis Pegg | Petitioner |
| 843) Sarah Pelle | Petitioner |
| 844) Stacie Pendleton | Petitioner |
| 845) Ashanti Penn | Petitioner |
| 846) Shala Perez | Petitioner |
| 847) Calvin Perkins | Petitioner |
| 848) Erica Perry | Petitioner |

CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)

NICOLE AARON, et al. v. Epson America, Inc.

Case No.

| PARTY | CONNECTION / INTEREST |
|---|---|
| 849) Don Peterson | Petitioner |
| 850) Michael Peterson | Petitioner |
| 851) Natalie Peterson | Petitioner |
| 852) Lance Petry | Petitioner |
| 853) Jayne Peyton | Petitioner |
| 854) Howard Pfeiffer | Petitioner |
| 855) Amanda Pfistner | Petitioner |
| 856) Kathy Phelan | Petitioner |
| 857) Jan Phillips | Petitioner |
| 858) Barbara Pipek | Petitioner |
| 859) Carol Pittarelli | Petitioner |
| 860) Jenny Poberetsky | Petitioner |
| 861) Bil Poggensee | Petitioner |
| 862) James Polk Iii | Petitioner |
| 863) Keri Poma | Petitioner |
| 864) Greg Pond | Petitioner |
| 865) Jessica Ponti | Petitioner |
| 866) Patti Potempa | Petitioner |
| 867) Robin Poulin | Petitioner |
| 868) Stephanie Poulos | Petitioner |
| 869) Helene Price | Petitioner |
| 870) Robert Provost | Petitioner |
| 871) Tiffany Pruitt | Petitioner |
| 872) James Przybylski | Petitioner |
| 873) Rosemary Puckelwartz | Petitioner |
| 874) Lenore Quattrocki | Petitioner |
| 875) Luz Quinatoa | Petitioner |
| 876) Terry Rakosky | Petitioner |
| 877) Alex Ramos | Petitioner |
| 878) Alfred Ramos | Petitioner |
| 879) Jeff Ramsdell | Petitioner |
| 880) Darlene Randall | Petitioner |
| 881) Jasmind Rankin | Petitioner |
| 882) Eric Raygor | Petitioner |
| 883) Charles Read | Petitioner |
| 884) Bill Reed | Petitioner |
| 885) Raquel Reed | Petitioner |
| 886) Winston Reed | Petitioner |
| 887) Patti Reeder | Petitioner |
| 888) Nicole Reichman | Petitioner |
| 889) Dale Reimer | Petitioner |
| 890) Alexandra Reiser | Petitioner |
| 891) Maryann Reitano | Petitioner |
| 892) Arthur Renton | Petitioner |

CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)

NICOLE AARON, et al. v. Epson America, Inc.

Case No.

| PARTY | CONNECTION / INTEREST |
|---|---|
| 893) Pamm Reynolds | Petitioner |
| 894) Kia Rhym | Petitioner |
| 895) Austin Richard | Petitioner |
| 896) Antares Richardson | Petitioner |
| 897) Quiana Richardson | Petitioner |
| 898) Sherdine Richardson | Petitioner |
| 899) Tiffany Riggs | Petitioner |
| 900) Cassie Rinker | Petitioner |
| 901) Harvey Rison | Petitioner |
| 902) Jose Rivera | Petitioner |
| 903) Diane Rizzio | Petitioner |
| 904) Jeff Roach | Petitioner |
| 905) Jonathan Roach | Petitioner |
| 906) Nadia Roberts | Petitioner |
| 907) Troy Roberts | Petitioner |
| 908) Latorya Robertson | Petitioner |
| 909) Rosanne Robinson | Petitioner |
| 910) Bergen Robyn | Petitioner |
| 911) Kelly Rocco | Petitioner |
| 912) Edward Rocks | Petitioner |
| 913) Gilbert Rodriguez | Petitioner |
| 914) Jeannette Rodriguez | Petitioner |
| 915) Joanna Rodriguez | Petitioner |
| 916) Jose Rodriguez | Petitioner |
| 917) Luz Rodriguez | Petitioner |
| 918) Zinnia Rodriguez | Petitioner |
| 919) Ronald Rogers | Petitioner |
| 920) Vursla Rogers | Petitioner |
| 921) Amanda Rollins | Petitioner |
| 922) Barb Romero | Petitioner |
| 923) Merlyn Romero | Petitioner |
| 924) Victor Rosado | Petitioner |
| 925) Michele Rosar | Petitioner |
| 926) Richard Rosbrook | Petitioner |
| 927) Jacob Rose | Petitioner |
| 928) Melissa Rose | Petitioner |
| 929) Akela Ross | Petitioner |
| 930) Diana Rosson | Petitioner |
| 931) Danny Roundtree | Petitioner |
| 932) Karen Rowan | Petitioner |
| 933) Patricia Rozzo-pigott | Petitioner |
| 934) Barbara Rubio | Petitioner |
| 935) Missy Ruminski | Petitioner |
| 936) Helen Rush | Petitioner |

CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)

NICOLE AARON, et al. v. Epson America, Inc.

Case No.

| PARTY | CONNECTION / INTEREST |
|---|---|
| 937) James Rush | Petitioner |
| 938) Celeste Rusin | Petitioner |
| 939) Kimberly Russell | Petitioner |
| 940) Sipei Russell | Petitioner |
| 941) Tydrea Russell | Petitioner |
| 942) Anella Russo | Petitioner |
| 943) Jaime Russoniello | Petitioner |
| 944) Jerry Ruth | Petitioner |
| 945) Adam Rutten | Petitioner |
| 946) Patricia Rutter | Petitioner |
| 947) Chris Rybitski | Petitioner |
| 948) Sally Sadlo | Petitioner |
| 949) Antonio Salcedo | Petitioner |
| 950) Tini Sammons | Petitioner |
| 951) Kendall Sample | Petitioner |
| 952) Rosaria Samuel | Petitioner |
| 953) Lila Sanchez | Petitioner |
| 954) Beverly Sanders | Petitioner |
| 955) Rich Sauser | Petitioner |
| 956) Gerard Sawicki | Petitioner |
| 957) Doug Scaggs | Petitioner |
| 958) William Scarborough | Petitioner |
| 959) Nicole Schaffer | Petitioner |
| 960) Janet Schall | Petitioner |
| 961) Tonya Scharringhausen | Petitioner |
| 962) Arthur Scherr | Petitioner |
| 963) Mary Scheuermann | Petitioner |
| 964) Jennifer Schlegel | Petitioner |
| 965) Gary Schlegelmilch | Petitioner |
| 966) Rachel Schmitz | Petitioner |
| 967) Judy Schneidau | Petitioner |
| 968) Kristy Schneider | Petitioner |
| 969) Scott Schollenberger | Petitioner |
| 970) Michael Schore | Petitioner |
| 971) Rebekah Schreader | Petitioner |
| 972) Daniela Schroeder | Petitioner |
| 973) Pamela Schuster | Petitioner |
| 974) Jeffrey Schwartz | Petitioner |
| 975) Ronald Schwartz | Petitioner |
| 976) Wolf Schwarz | Petitioner |
| 977) Holly Schwertfeger | Petitioner |
| 978) Bruce Scott | Petitioner |
| 979) Lorraine Scott | Petitioner |
| 980) Michael Scott | Petitioner |

CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)

NICOLE AARON, et al. v. Epson America, Inc.
Case No.

| PARTY | CONNECTION / INTEREST |
|---|---|
| 981) Lynne Sebastian | Petitioner |
| 982) Gina Segadelli | Petitioner |
| 983) Phillip Sego | Petitioner |
| 984) Matt Seinberg | Petitioner |
| 985) James Sertich | Petitioner |
| 986) Jeffrey Sertich | Petitioner |
| 987) John Setliff | Petitioner |
| 988) Robert C Settle Jr | Petitioner |
| 989) Faheem Shabazz | Petitioner |
| 990) Barte Shadlow | Petitioner |
| 991) Christie Sharma | Petitioner |
| 992) Machhinder Sharma | Petitioner |
| 993) Kristy Shawen | Petitioner |
| 994) Shannon Shell | Petitioner |
| 995) Bridges Sherry | Petitioner |
| 996) Robert Sholiton | Petitioner |
| 997) Randall Shotts | Petitioner |
| 998) John Shulda | Petitioner |
| 999) Lawrence Siegel | Petitioner |
| 1000) Richard Siegfried | Petitioner |
| 1001) Robert Sigmon | Petitioner |
| 1002) Keith Sills | Petitioner |
| 1003) Jacqueline Simmons | Petitioner |
| 1004) Rebecca Simon | Petitioner |
| 1005) Alexander Simotes | Petitioner |
| 1006) Alison Simpson | Petitioner |
| 1007) Elizabeth Simpson | Petitioner |
| 1008) Summer Singer | Petitioner |
| 1009) Teresa Sisk | Petitioner |
| 1010) Bryan Sison | Petitioner |
| 1011) Lynn Skalla | Petitioner |
| 1012) Rebecca Skelton | Petitioner |
| 1013) William Skorupa | Petitioner |
| 1014) Margaret Slighte | Petitioner |
| 1015) Ann Smith | Petitioner |
| 1016) Karen Smith | Petitioner |
| 1017) Kim Smith | Petitioner |
| 1018) Lula Smith | Petitioner |
| 1019) Michael Smith | Petitioner |
| 1020) Rose Smith | Petitioner |
| 1021) Yolanda Smith | Petitioner |
| 1022) Wayne Smitreski | Petitioner |
| 1023) Emily Snider | Petitioner |
| 1024) Taylor Snyder | Petitioner |

CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)

NICOLE AARON, et al. v. Epson America, Inc.

Case No.

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1025) Chris Sobieski | Petitioner |
| 1026) Beth Soltesz | Petitioner |
| 1027) Paul Sonnenfelt | Petitioner |
| 1028) Crystal Sorg | Petitioner |
| 1029) Rolando Sori | Petitioner |
| 1030) Nikki Sortore | Petitioner |
| 1031) Kimberly Sowell | Petitioner |
| 1032) Lacsey Sparling | Petitioner |
| 1033) Darlene Spiegel | Petitioner |
| 1034) Jeffrey Spiewak | Petitioner |
| 1035) Mark Spiker | Petitioner |
| 1036) Paul Spiller | Petitioner |
| 1037) Gregory Spina | Petitioner |
| 1038) Gregory Spooner | Petitioner |
| 1039) Kevin Spooner | Petitioner |
| 1040) Carolyn St Angel | Petitioner |
| 1041) Joseph Stachewicz | Petitioner |
| 1042) Deneen Stamour | Petitioner |
| 1043) Colleen Stanton | Petitioner |
| 1044) Will Stearman | Petitioner |
| 1045) Jessica Steele | Petitioner |
| 1046) Dwayne Stefaniak | Petitioner |
| 1047) Charles Steinman | Petitioner |
| 1048) Lynisha Stepheney | Petitioner |
| 1049) Kendra Stephens | Petitioner |
| 1050) Robin Stephens | Petitioner |
| 1051) Daniel Stevens | Petitioner |
| 1052) Denise Stevens | Petitioner |
| 1053) Grayland Stewart | Petitioner |
| 1054) David Stieglitz | Petitioner |
| 1055) John Stiles | Petitioner |
| 1056) Carl Stolz | Petitioner |
| 1057) Edward Stoner | Petitioner |
| 1058) David Storey | Petitioner |
| 1059) Joe Stornello | Petitioner |
| 1060) Heather Stout | Petitioner |
| 1061) Clayton Streets | Petitioner |
| 1062) Ty Stricker | Petitioner |
| 1063) Adam Stroh | Petitioner |
| 1064) Kathryn Stroh | Petitioner |
| 1065) Jennifer Strouse | Petitioner |
| 1066) Yvette Strouse | Petitioner |
| 1067) Laura Strunk | Petitioner |
| 1068) Vancellen Sturgeon | Petitioner |

CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)

NICOLE AARON, et al. v. Epson America, Inc.

Case No.

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1069) David Sucharski | Petitioner |
| 1070) Nicole Suffredini | Petitioner |
| 1071) Steven Suhs | Petitioner |
| 1072) Marilyn Sullivan | Petitioner |
| 1073) Sarah Sullivan | Petitioner |
| 1074) John Sunderman | Petitioner |
| 1075) Simon Sung | Petitioner |
| 1076) Arthur Sweatman | Petitioner |
| 1077) William Swisher | Petitioner |
| 1078) Sean Syron | Petitioner |
| 1079) Walter Szczuka | Petitioner |
| 1080) Myles Tamburrino | Petitioner |
| 1081) Montgomery Tammy | Petitioner |
| 1082) Brian Tate | Petitioner |
| 1083) Kezia Tatham | Petitioner |
| 1084) Teresa Taylor | Petitioner |
| 1085) Carolyn Tedeschi | Petitioner |
| 1086) Steve Temkin | Petitioner |
| 1087) Douglas Terry | Petitioner |
| 1088) Shirley Thiele | Petitioner |
| 1089) Adrianna Thimons | Petitioner |
| 1090) Peter Thomas | Petitioner |
| 1091) Tselane Thomas | Petitioner |
| 1092) Beverly Thompson | Petitioner |
| 1093) Carl Thompson | Petitioner |
| 1094) Charles Thompson | Petitioner |
| 1095) Cheryl Thompson | Petitioner |
| 1096) Renee Thompson | Petitioner |
| 1097) William Thoms | Petitioner |
| 1098) Allison Thurman | Petitioner |
| 1099) Stephen Tiano | Petitioner |
| 1100) Alnita Tillman | Petitioner |
| 1101) Helen Timari | Petitioner |
| 1102) Richard Titus | Petitioner |
| 1103) Matthew Tobjy | Petitioner |
| 1104) Willie Tolliver | Petitioner |
| 1105) Charles Tomas | Petitioner |
| 1106) Debra Tomas | Petitioner |
| 1107) Chantelle Tompkins | Petitioner |
| 1108) Susana Toro | Petitioner |
| 1109) Jennifer Torres | Petitioner |
| 1110) Denise Tower | Petitioner |
| 1111) Sarah Trant | Petitioner |
| 1112) Maria Travers | Petitioner |

CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)

NICOLE AARON, et al. v. Epson America, Inc.

Case No.

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1113) Suzanne Trayhan | Petitioner |
| 1114) Christina Trenor | Petitioner |
| 1115) Alisha Trent | Petitioner |
| 1116) April Trexler | Petitioner |
| 1117) Frankie Trinkle | Petitioner |
| 1118) Marc Trobman | Petitioner |
| 1119) Deborah Trujillo | Petitioner |
| 1120) Wayne Tucker | Petitioner |
| 1121) Louis Tulini | Petitioner |
| 1122) Megan Tully | Petitioner |
| 1123) Cara Tumbiolo | Petitioner |
| 1124) Michael Tumino | Petitioner |
| 1125) Gregory Turner | Petitioner |
| 1126) Frank Turrigiano | Petitioner |
| 1127) Erin Twomey | Petitioner |
| 1128) Dewey Tyler | Petitioner |
| 1129) Matthew Urchick | Petitioner |
| 1130) Marco polo Uriostegui | Petitioner |
| 1131) Joshua Vallee | Petitioner |
| 1132) Alexis Van Der Bogart | Petitioner |
| 1133) Bobbijo Van orman | Petitioner |
| 1134) Diana Vance | Petitioner |
| 1135) Kevin Vann | Petitioner |
| 1136) Sherri Vansant | Petitioner |
| 1137) Bree Vanvooren | Petitioner |
| 1138) Amanda Vargo | Petitioner |
| 1139) Leeann Varrone | Petitioner |
| 1140) Jerry Vasilatos | Petitioner |
| 1141) Denise Velasquez | Petitioner |
| 1142) Ivan Velez | Petitioner |
| 1143) Taylor Vigil | Petitioner |
| 1144) Peter Visconti | Petitioner |
| 1145) Laura Vitaliani | Petitioner |
| 1146) Mark Voelkel | Petitioner |
| 1147) Gregory Vogt | Petitioner |
| 1148) Steve Vogt | Petitioner |
| 1149) Carolyn Volkmar | Petitioner |
| 1150) Randy Vonderhaar | Petitioner |
| 1151) Lee Wach | Petitioner |
| 1152) Travis Wagner | Petitioner |
| 1153) William Walchesky | Petitioner |
| 1154) James Walker | Petitioner |
| 1155) Lisa Wall | Petitioner |
| 1156) Erica Wallace | Petitioner |

CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)

NICOLE AARON, et al. v. Epson America, Inc.

Case No.

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1157) Mark Wallace | Petitioner |
| 1158) Denise Walls | Petitioner |
| 1159) Robert Walsh | Petitioner |
| 1160) Brittany Ward | Petitioner |
| 1161) Mohammad Wardeh | Petitioner |
| 1162) Amber Ware | Petitioner |
| 1163) Marina Washington | Petitioner |
| 1164) Rosalyn Washington | Petitioner |
| 1165) Raven Watkins | Petitioner |
| 1166) Richard Watkins | Petitioner |
| 1167) Robert Watson | Petitioner |
| 1168) Sam Watson | Petitioner |
| 1169) Neil Webb | Petitioner |
| 1170) Brenda Weidman | Petitioner |
| 1171) Gary Weinstein | Petitioner |
| 1172) Gary Weiss | Petitioner |
| 1173) Julie Weiss | Petitioner |
| 1174) Simone Weissman | Petitioner |
| 1175) Kaira Welch | Petitioner |
| 1176) Erika Wells | Petitioner |
| 1177) Sharon Wells | Petitioner |
| 1178) Gary Wendt | Petitioner |
| 1179) Denise West | Petitioner |
| 1180) Kevin West | Petitioner |
| 1181) Michael West | Petitioner |
| 1182) Jonathan Westhoff | Petitioner |
| 1183) Janine Westlund | Petitioner |
| 1184) Jenny Westlund | Petitioner |
| 1185) Stuart Wexler | Petitioner |
| 1186) Jane Whitaker | Petitioner |
| 1187) Kevin White | Petitioner |
| 1188) Patricia White | Petitioner |
| 1189) Victoria White | Petitioner |
| 1190) Dwight Whiteman | Petitioner |
| 1191) Fred Whittle | Petitioner |
| 1192) Amy Wiater | Petitioner |
| 1193) Jonathan Wichter | Petitioner |
| 1194) Gwynneth Wildcatt | Petitioner |
| 1195) Natalie Wiley | Petitioner |
| 1196) Delia Wilkerson | Petitioner |
| 1197) Christopher Willcox | Petitioner |
| 1198) Studnicka William | Petitioner |
| 1199) La-shonda Williams Harper | Petitioner |
| 1200) Camaron Williams | Petitioner |

CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)

NICOLE AARON, et al. v. Epson America, Inc.

Case No.

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1201) Carmella Williams | Petitioner |
| 1202) Diana Williams | Petitioner |
| 1203) Karen Williams | Petitioner |
| 1204) Lekeisha Williams Williams | Petitioner |
| 1205) Marcus Williams | Petitioner |
| 1206) Metro Williams | Petitioner |
| 1207) Michelle Williams | Petitioner |
| 1208) Traycee Williams | Petitioner |
| 1209) Tyisha Williams | Petitioner |
| 1210) Zorana Williams | Petitioner |
| 1211) Mikhail Williamson | Petitioner |
| 1212) Rosa Wills | Petitioner |
| 1213) Michael Willson | Petitioner |
| 1214) Michael Wilson | Petitioner |
| 1215) Rene Wilson | Petitioner |
| 1216) Sherri Wilson | Petitioner |
| 1217) Tim Wimberly | Petitioner |
| 1218) Shannon Wing | Petitioner |
| 1219) Debra Winship | Petitioner |
| 1220) John Winter | Petitioner |
| 1221) Christopher Winters | Petitioner |
| 1222) Mark Wise | Petitioner |
| 1223) Elizabeth Witty | Petitioner |
| 1224) Alan Wojnaroski | Petitioner |
| 1225) Jennifer Wollan | Petitioner |
| 1226) Rich Wolter | Petitioner |
| 1227) Elizabeth Wonderling | Petitioner |
| 1228) Kevin Wong | Petitioner |
| 1229) Brian Wood | Petitioner |
| 1230) Casandra Wood | Petitioner |
| 1231) Michael Woodard | Petitioner |
| 1232) Jessica Woodman-hardy | Petitioner |
| 1233) Debbie Woods | Petitioner |
| 1234) Romella Woods | Petitioner |
| 1235) Peter Woolsey | Petitioner |
| 1236) Adam Wright | Petitioner |
| 1237) Sandra Wright | Petitioner |
| 1238) Wendelyn Wright-bey | Petitioner |
| 1239) Moonching Wu | Petitioner |
| 1240) Julie Wurzel | Petitioner |
| 1241) Demetrius Wyatt | Petitioner |
| 1242) Stephen Wylie | Petitioner |
| 1243) Michele Yarborough | Petitioner |
| 1244) Ebone Yates | Petitioner |

CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)

NICOLE AARON, et al. v. Epson America, Inc.

Case No.

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1245) Amy Yeomans | Petitioner |
| 1246) Nicole Yori | Petitioner |
| 1247) Shawn Yotter | Petitioner |
| 1248) Dustin Young | Petitioner |
| 1249) Holly Young | Petitioner |
| 1250) Kenneth Young | Petitioner |
| 1251) Carl Youngmann | Petitioner |
| 1252) Gilbert Youngroland | Petitioner |
| 1253) Edwin Yuan | Petitioner |
| 1254) Michael Yucha | Petitioner |
| 1255) Randall Zabel | Petitioner |
| 1256) Adam Zaloum | Petitioner |
| 1257) Keith Zamba | Petitioner |
| 1258) Joel Zeiger | Petitioner |
| 1259) Ken Ziff | Petitioner |
| 1260) Kim Zigo | Petitioner |
| 1261) Daniel Zolocsik | Petitioner |
| 1262) Missy Zuber | Petitioner |
| 1263) Mykhaylo Zviryshyn | Petitioner |
| 1266) Epson America, Inc. | U.S. Epson, Inc., parent corporation of Defendant Epson America, Inc.; Seiko Epson Corporation, parent corporation to U.S. Epson, Inc.; |

CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)