**LABATON KELLER SUCHAROW LLP**
Jonathan Waisnor (CA 345801)
jwaisnor@labaton.com
Alexander Schlow (Pro Hac Vice)
aschlow@labaton.com
Morris Dweck (Pro Hac Vice)
mdweck@labaton.com
140 Broadway, Floor 34
New York, NY 10005
Telephone: 212-907-0700
Facsimile: 212-818-0477

**UMBERG ZIPSER LLP**
Carole E. Reagan (Bar No. 162674)
creagan@umbergzipser.com
1920 Main Street, Suite 750
Irvine, CA 92614
Telephone: 949-679-0052
Facsimile: 949-679-0461

Counsel for Petitioners

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| NICOLE AARON, DAWN ADAMS, STEVEN ADELL, ESTHER ADES, JARANDALEE ADORNO, JOSE AGUADO, ALICIA AIELLO, DANIEL AKINS, PETER ALAU, SCOTT ALBERT, RUSSELL ALEXANDER, DANNY ALFORD, DONNA ALLEN, RICK ALLEN, SUZANNE ALT, LOURDES ALVAREZ, SANJIL AMIN, ARTURO ANAYA, JEAN ANDERSON, KRISTIN ANDERSON, MARLIN ANDERSON, DANIEL ANDRADE, SARAH ANEYCI, TASHA ANGELET, ANDREW ARAMOUNI, JUAN ARIAS, JOSEPHINE ARKUSH, THOMAS ARMSTRONG, | **CASE NO.:** 8:24-cv-01712-CBM-(GJSX)<br><br>Assigned to Hon. Consuelo B. Marshall<br><br>**NOTICE OF ERRATA REGARING APPLICATION FOR *PRO HAC VICE*** |

SUSAN ARNESON, SELINA ARNOLD, CHARLES ARP, MARK ARSENAULT, CANDACE ARTERBERRY, ALISHA ASH, CRAIG ASHER, LAUREN ASHLEY, YVETTE ASSAF, DAVID ATWOOD, KEISHA AVANT, BETH BABCOCK, KAREN BACHMAN, EDITH KIM BAGDASARIAN, BOBBIE BAHR, DAVID BAKER, JESSIE BAKER, SHAMARA BALDWIN, JAMES BALES, JESSICA BANAS, TAMUEL BANKS, TYRONE BANKS, ARTHUR BARBER, TIAH BARDON, KRIS BARKER, MARY BARNETT POWELL, RACHAEL BARNETT, GARY BARRETT, AMBERLY BARTLETT, PHILIP BASS, HENRY BASSEN, SHARON BEAMISH, KRISTIN BECK, BARBARA BECK-AZAR, TIMOTHY BECKENHOLDT, ALAN BECKMAN, MICHAEL BELL, THEODORE BELL, PATRICIA BENIGNI, KIM BENJAMIN, VALERIE BENNETT, LORA BENSON, EDWARD BERENHAUS, DENNIS BERGSTRAND, ROSEMARY BERNHARD, MELISSA BERTOLINO, STEVEN BESTE, MARYELLEN BICER, AARON BIDERMAN, KAREN BIGGS, KATE BISHOP, CHANTELLE BITTINGS, KATE BLACK, SHELLEY BLACKLER, SAM BLANK, STEVEN BLANYAR, BRIAN BLAZEVICH, RENEE BLITEK, STEVEN BLOOME, MCCRACKEN BOBBI, MARYN BOESS, TEKISHA BOLER, DEB BOLUS, TANYA BONANO, LENNA BONILLA, BRUCE BONNER, CHRISTINE BOROVOY, SUZANNE BORZAK, MADRONA BOURDEAU, TIFFANEY BOXLEY, MICHAEL BOYERS, JANIE BRACKNEY, JASMINE BRADFORD, EZRINA BRADLEY,

SHASHAUNNA BRADLEY, PAMELA BRAGG, FRAN BRANDVOLD, BRIAN BRENNER, ASHLEY BRIDGES NEGRON, KYA BRIGGS, RICHARD BRINE, ERIKA BRINKMANN, ANDREA BROADWATER, BARBARA BROOKS, HEATH BROUGHTON AWW BROUGHTON, MARIE BROWN, SARAH BROWN, SHARON BROWN, STEPHAN BROWN, TIMOTHY BROWN, ELIZABETH BROWNRIDGE, MADELINE BRUNI, REDDICK BRYAN, NICOLE BRYANT, LEE BUCCOLA, PERRY BUCHALTER, AMASHAWN BUCHANAN, PATRICIA BUCK MIANO, MORGAN BULLOCK, ETHAN BURDIN, GLORIA BURGESS, TERRYHI BURKE, LORIE BURNETTE, ANN BURNS, NIKIA BURTON, SAM BURTON, LATEAKA BUSBY, JEFFREY BUTLER, RICHARD BUTLER, BRIAN BYLLS, ANN CALDERONE, PEGGY CALE, CONSTANCE CALLAWAY, ORLANDO CAMACHO, JANET CAMPBELL, SHIRLEY CAMPBELL, ROBERT CANNON, LI CANORRO, DAVIDE CANTONI, DEBI CAPLES, JEANETTE CAPRIA-LAZZARO, MARC CARBONE, MICHAEL CAREY, SANDRA CARR, CYNTHIA CARRAMUSA, RACHEL CARROTHERS, CHARLENE CARSELLO, PAMELA CARTHEW, LARA CASH, VONETTA CASON, COTA CASSANDRA, SARA CASTILLO, SILVIA CATTEN, MARY ELLEN CATUBIG, JUSTIN CAUDELL, MARY CHALABI, ANNETTE CHALLENOR, MARY CHAMBERLIN, BARBARA CHAMBERS, LAURA CHAMBLEE, ADAM CHAPPELL, VADIM CHEBOTAREV, ROBERT CHENOFF, BERNADETTE CHIARAMONTE,

JENNIFER CHIARAMONTE, JERRY CHIN, JOHN CHO, KYUNG CHOI, MICHAEL CHOROS, ROSA CHOWNING, THOMAS CHRISTENSEN, KAREN CHRISTIANS, DENNIS CHRISTIE, SANDRA CHURCH, ALAN CICENAS, JULIA CILIBERTI, MICHAEL CITARELLA, DARRYL CLARK, PHILIP CLARK, MICHAEL CLEMENTE, GARY CLOUTIER, HOWARD COHEN, STEVEN COHEN, BRITTANY COLEMAN, CAROLYN COLEMAN, HEATHER COLEMAN, VICKI COLES, CORY COLLINS, JAMES COLLINS, MICHELLE COLLINS, PAMELA COLLINS, CORI CONDON, NAKESHA CONRAD, JENNIFER COOPER, LATONIA COOPER, RENEE COOPER, CONNIE COPE, MICHAEL CORBO, MARNELLA CORDATO, CESAR CORNEJO, KRISSY COSTA, PHILIP COSTA, BRIAN COSTELLO, NICOLE COTICCHIO, DRAONE COUNCIL, MICHELLE COWLEY, CORY CRABTREE, MARIA CRAWFORD, LYNNETTE CRENSHAW, NOVERTO CRESPO, FRANCIS CRISTOBAL, ALICE CROCK, LORI CROCKSON, THOMAS CROLY, ROSCOE CROMWELL, RICHARD CROOKS, CHANTELLE CROSBY, MICHAEL CROSBY, SHEENA CROSTON, GINA CRUZ, TONIA CRUZ, WILLIAM CULBERTSON, JAMES CUMMINGS, AUCQUNETTE CUNNINGHAM, BILLY CUNNINGHAM, JOSEPH CURCIO, SHERRY CUSHING, DAVID CZOPEK, KYSHA DABNEY, THOMAS DAHLMANN, MARY D'AMICO, CYNTHIA DAMLER, ELIZABETH DANGELO, MICHAEL DANGELO, GALE DANIELS, LINDA DARVID, LINDA

DAVENPORT, CLINT DAVIDSON, TINA DAVIDSON, JENNIFER DAVIS, JOHN DAVIS, MONIQUE DAVIS, SUNDAY DAWNE-MARIE XIQUES, HONORA DAY, SANDY DEANGIO, RACHEL DECARLO, LAURA DECASTRO, LAMONT DECKER, TIM DEDINSKY, CHRIS DEFONZO, ELAINE DEGIGLIO, JASMINE DEL BORRELLO, IVAN DELLERA, JEAN DEMERS, WILLIAM DEMMON, PETER DENIET, JORIE DERMER, DAVID DESIMONE, JOHN DEWHURSTWALKER, ANGELO DIAZ, DAVID DIAZ, JESSICA DIAZ, PAUL DICKASH, TRISSAN DICOMES, DENNIS DILLON, LAWRENCE DIMARCO, HEATHER DINO, BARBARA DINWIDDIE, SHERYL DISCHER, COURTNEY DITOMO, APRIL DIXON, JESSICA DIXON, DAVID DOLFE, ANA DOMINGUEZ, FRANK DOMINGUEZ, LEWIS DONLEY, KYRA DORMAN, JOCELYN DORSEY, DORIS DORVAL, CHARLENE DOTSON, STEFANIE DOTY, LEEANN DOUGHERTY, MADELEINE DOUTHIT, CHRISTOPHER DOWLING, JULIA DOYLE, ROBERT DOYLE, MICHAELA DRAGON, HOLLY DRAPER, JASON DRAPER, GABRIEL DRUEKE, ALISHA DUENAS, JOSEPH DUGGAN, ARLENE DUNCAN, DIANNE DUNCAN, DANIELLE DUNN, JENNIFER EAGAR, KATE EALEY, JEFF EATON, LORETTA ECHOLS, LATAVIA EDWARDS, BETTY EFSTATHOPOULOS, ANDREA EGGLESTON MAYO, JESSICA EGLOFF, KEN EICHHOLZ, STACEY ELLIOTT-WESTFALL, AISHA ELLIS, NEKIA ELLISON, LINDA EMSHOUSEN, EMILIA ENFIELD, MATTHEW ENGLEBERT, CARL F ENNIS, CLINT ESCANDELL,

AMANDA EVANS, WILLIAM EVAUL, PRISCILLA FAGAN, REBECCA FAIRCHILD, THERESA FARAGE, ELIZABETH FARRELLY, BRET FARRITOR, ALDO FEDRIGHINI, SHARON FEELEYWOODMAN, MICHAEL FEINMAN, MAYA FERNANDEZ, ROSALINE FERNANDEZ, ROBERT FERRARA, CATHERINE FINA, CHAD FISHER, JAMI FLEMING MIDD, ANGIE FLETCHER, AMANDA FLORES, JOSIE FLORES, KEITH FOLEY, NANCY FONSECA, LEAH FORD, RIKKI FORD, MARK FORSETH, STEPHEN FOSTER, TERI FOSTER, FRANK FOULIS, JIM FOX, REGINALD FOX, MARK FRANKENFIELD FRANKENFIELD, ASHLEY FRAZIER, BRANDIS FREEMAN, CHARNELL FREEMAN, JEANNINE FREUDENBERG, ASHLEY FRIEND, CORNELIA FULMORE, JAMES FUNICELLI, PAUL GABTIELE, RENEE GALE, BECKY GALIPEAU, STACEY GALITOS, SHANNON GALLOWAY, FRANK GANDOLFO, ROBERT GAONA, CAROLINE GARCIA, CHRISTINA GARFAGNA, MONIQUE GARNEAU, ELIZABETH GARRO, WILLIAM GARVIN, ROBERT GASPARRO, MARK GASPERINI, BARBARA GATENS, JAMES GAYNOR, BILL GENZOLI, MACROY GERALDINE, ANGELA GERMANY, TRACEY GESELL, ANGELO GIBSON, CONSTANCE GIBSON, MARYANN GIBSON GIBSON, JASON GILBRAITH, ERIC GILLESPIE, GERRY GILMOR, GIGI GIORGIO, ANTHONY GLEBOCKI, HALEY GLOSS, DOREEN GODARE, DEAN GOFF, SHERRELL GOMILLIA, GUY GONDRON, NARCISSE GONZALES, GUS GONZALEZ, JOEL

GONZALEZ, KERMIT GOODMAN, NICOLE GORDON, JAMES GORMLEY, SARAH GRANT, ALYSHA GRAY, PATRICIA GRAYSON-CANTY, AME GRECO, STEVE GREENBERG, JUDY GREER, LISA GREGG, TASHEICA GRINDLY, KATHY GRISZ, THOMAS GROSSMANN, JOSHUA GROVE, SHEENA GROVER, MILLS GRUBER, SARA GRULICH, BARBARA GUIDO, KEITH GURNICK, HENRY GUTOWSKI, KIMBERLY HABERMAN, SHERYL HADEKA, RHIANNON HAEFFNER, BARBARA HAFKEY, KENNETH HAGAN, SHERRY HAGERMAN, MARINA HAGSTROM, KATIE HAHL, ZACHARY HALL, PAUL HALLEY, ADAM HALLOWELL, ELIZABETH HAMANN, LUTANDO HAMILTON, TARA HAMILTON, JO ANNE HANDS, LISA HANGES, KEVIN HANNEMAN, MERIDETH HANSEN, STEFANIE HANSEN, TAYLOR HARDER, DARRYL HARRIS, JANET HARRIS, JASON HARRIS, RUTH HARRIS, JESSE HARRISON, EMIKO HARTLEY, SHERRI HARTLEY, AMANDA HARVEY, RENITA HARVEY, STEVEN HASHIMOTO, HAROLD HAUSER, AMBER HAUSFELD, DANIEL HAYES, PAMELA HAYES, CAROL HEARN, HEATHER HEENAN, MONICA HEINZMAN, JAN HELLMANN, DEREK HEMPHILL, JON HENDERSON, LAUREL HENDERSON, PORSHA HENDERSON, SHANE HENDRIX, MARK HENNECKEN, TYRAN HENNING, DOMINIC HENRY, DOUGLAS HENRY, THOMAS HENSON, RYAN HERNLEY, GEORGIA HERREN, KATHERINE HERZOG, AMY HEYL, MARK HICINBOTHEM, AL HICKS, JODY

HIDEG, NATHAN HIGGINS, TOKI HILL, TERENCE HINES, DEVINA HINOJOSA, MAYNARD HIRSCH, EMMANUEL HOACHLANDER, SANDRA HODGE, CORY HODGES, LORETTA HOFFMANN, ANNE HOGAN, DAVID HOLBROOK, DAN HOLLAND, DEBRA HOLM, EVELYN HOLMES, STEVE HOPPEL, VERONICA HORNE, CRYSTAL HOTT, STEVEN HOUANG, MIRANDA HOWARD, REBECCA HOWITT, RONNI HUA, KAREN HUDSON, CARLA HUGHES, CHRISTINA HUGHES, DAVID HUGHES, ASHLEE HUMES, JOHN HUNEYCUTT, JAMES HUNT, SHELLY HUNTINGTON, SARAH HURLEY, RICHARD HUROCY, LINDA INGLIS, PAMELA INGRAM, TRAVIS INSKEEP, TERRY IWANIW, LONNIE JABOUR, CHARLOTTE JACKSON, DAWN JACKSON, JERMANE JACKSON, LATRICIA JACKSON, LISA CAMILLE JACKSON, ORA JACKSON, SHEELA JACKSON, SONYA JACKSON, TIFARAH JACKSON, KAREN JACOBSEN, EDWARD JACOBUS, CANTORE JAMES, STOLER JAN, CLINTON JANES, DENNIS JANS, JENNIFER JENKINS, TRISSA JENKINS, MICHAEL JENSEN, KATHY JIMENEZ, KAREN JOHN, AMY JOHNSON, DATECHA JOHNSON, DAVID JOHNSON, DESHON JOHNSON, EURTHIA JOHNSON, JESSICA JOHNSON, JOHN JOHNSON, KENISHA JOHNSON, LETISHA JOHNSON, TED JOHNSON, TRACEY JOHNSON, STONE JONATHAN, ALMIRA JONES, CAVIN JONES, DAMEKA JONES, DARRON JONES, DAWN JONES, DEMETRIUS JONES, DIANE JONES, JOE JONES, KATRINA JONES, TRACI JONES, SCOTT

JORDAN, DAVID JORDANO, STANLEY JUDSON, CECILE KAHR, PHILIP KALINOWSKY, KATHY KAMAUU, MARY LOUISE KAMINSKI, SCOTT KANE, AARON KAPNER, RANDY KAREY, STEVE KASPER, CAGLE KATHLEEN, BRIAN KAWA, MARK KEANE, GREGORY KEHL, PAMELA KELLAMS, MARY KELLER, PRECILLA KELLEY, LORI KELLY, SHARON KENDRICK, LEO KENEN, MATTHEW KENLY, JENNIFER KENNEDY, KELLIE KENNEDY, EDWARD KEP, MAX KETCHAM, MICHAEL KILLIUS, JAMES KIMBER, JIM KIME, JUDY KINAL, CHRIS KING, QUINTIN KITTLE, LIZ KLARNER, ASHLEY KLEIN, KATE KLEIN, VICTOR KLEIN, SCOTT KLICK, MARIAN KLOTER, CAROL KNIGHT-WALLACE, STEVEN KNUTSON, KRISTEN KOERBER, CAROL KOHEN, THADDEUS KOLKE, TIMOTHY KOLZOW, JUDITH KOSINSKI, ANITA KOSTBADE, KATHLEEN KOZLINSKI, MICHELLE KRASLEY, RITA KREBS, DON KRIST, LEON KROFT, KIMBERLY KRUG, JOEL KRUGLER, KEN KUCHAR, KAREN KUCHEL, STEVEN KULHANEK, DEBBIE KUROWSKI, KATHLEEN L OBERG, GEORGE LABATO, KAREN LACORTE, DARLENE LAMPSON, GREGORY LANGL, TONYA LARAMORE, ROBERT LASICH, JONN LATORES, BEVERLY LAUDE, BERNADETTE LAUFF, MACKENZI LAWSON, HEATHER LAYTON, MICHAEL LAZAROFF, CARLA LEATHERS, FRANCZYK LEE, ALAN LEFTON, GARY LEIGHTON, SCOTT LENNETT, MARK LENNON, THOMAS LEONARD, CHARMAINE LESANE,

PAMELA LESSNER, ELIZABETH LESTER, MARCIA LETIZIA, LINDA LEVITSKY, JONATHAN LEWIN, CHERRILE LEWIS, RALPH LEWIS, AISHA LEWIS-JARRETT, BAXTER LINDA, EMILY LINDSAY, GREGORY LITTLE, RAYMOND LIZZIO, JENNIFER LOCK, WHITNEY LOCKHART, ANTHONY LOMBARDO, PRESTIN LONG, STEVEN LONG, GARY LOOMIS, DOMINIC LOSQUADRO, JANET LOVE, KEN LOVE, STEVEN LOVE, BRYNN LOVELL, MICHAEL LOWE, MO LOWERY, MICHAEL LUCKEY, JOYANNA LUGO, KRISTINE LUIS, LOUIS LUTCHER, DON LUTZ, JEANETTE LYNCH, HIEN LYONS, STEPHEN LYONS, JEAN MACALUSO, DANA MACDONALD, CHRISTINE MACE, PAM MACE, TORRIE MACK, VERNELLE MACK, KEITH MACKEY, SHERRI MACKEY, RILEY MACKOWIAK, JOHN MACMILLAN, JONATHAN MAER, ROBERT MAGIO, MICHAEL MAHAR, THOMAS MAIER, ALBERT MAIMON, JOSEPH MALATIA, ASHLEY MALINOWSKI, JOSEPH MANLEY, ANN MANN, JONATHAN MANNING, SUSAN MANNS, KIMBERLEY MARASCO, THERESA MARCHIONE, TILLIS MARIE, MARC MARINI, KATHY MARLEY, ARIANA MARQUEZ, SANDY MARSH, KARINA MARTINEZ, ROGELIO MARTINEZ, CINDY MASON, JULIE MASON, JILL MASSIE, BRENDA MATISH, BARBARA MATTHES, NEIL MATTHEWS, THOMAS MATTSON, SUSAN MAVIS, FELISHA MAY, SUSAN MAYER, DAYNA MAZUREK, CHRIS MCAFEE, COLLEEN MCCARTHY, HOWARD MCCLAIN,

VIRGINIA MCCLURE, MELISSA MCCOMBS, JOHN MCCORMACK, BERNADETTE MCCOWAN, GENE MCCOY, KEVIN MCCRORY, NANCY MCDONALD, SHARON MCDOWELL, ANNETTE MCFARLANE, GARY MCGIBBON, BARBARA MCGRATH, DANIEL MCINTYRE, CHRISTINA MCKALE, PATRICK MCKEE, KIMI MCKEEVER, MARY MCKENNA, WILLIAM MCKEON, KEVIN MCKERNAN, RANDI MCMANUS, JON MCNULTY, THEODORE MECZYWOR, ABBEY MEEKS, RUANDA MEJIA, GARY MELO, CONSTANCE MELTON, JAMES MENDELSOHN, NICHOLAS MENNECKE, CANDACE MERCER, LILLIAN MERCER, DAVID MESSENGER, JESSICA METCHICK, ROBERT MEVEC, ADAM MEYER, MARYMAE MEYER, JACQUELINE MIDDLETON, JOSEPH MIELE, BRIAN MIGIOIA, STEPHEN MILCARSMY III, FELICIA MILES, JUDY MILLER, LADIASHA MILLER, MICHELLE MILLER, BRIDGET MINTON, DOMINIQUE MIRZA, ANNE MITCHELL, BRETT MITCHELL, ROBERT MOBERG, JOSE M MONSALVE DIAZ, CANDACE MONTGOMERY, CINDY MONYEK, MELISSA MOONEY, BETTY MOORE, MONIQUE MOORE, SHARON MOORE, MIKE MORONE, LORI MORRIS, TANYA MORRIS, JAMES MORRISON, DONALD MORSE, CHER MOSER, DAN MOSKOWITZ, KANDICE MOSLEY, MELISSA MOTTERN, HENRY MOTTOLA, BEKAH MOYA, SETH MOYER, STEVEN MURANSKY, CHRISTINA MURPHEY, MARY MURPHY, JAMES MURRAY, ROBERT

MURRAY, JOHN MUSNICKI, HANNAH NANCE, MEGAN NEIL, ANDREA NELSON, LIANE NEPTUNE, KELLI NERGER, LAWRENCE NEVEL, RON NEWMAN, JAMES NG, PAULA NICHOLS, CHAD NICKLESS, FRANK NICOSIA, PAULETTE NIEWCZYK, THOMAS NISSEN, JAMES NOLAN, STEVEN NOLFI, STEPHANIE NORRIS, MICHAEL NOVAK, TERRY NOVICKI, DEBRA OBERLE, RYAN OCONNOR, JULIE ODONNELL, KENNETH OEHMKE, SHANESHA OGARRO, PETER OH, SUSAN OLDHAM, AMU OLESNEVICH, MARIA OLIVERA, MOLLY OLSEN, KIMBERLY OLSON, RICHARD ONCENA, CHRIS O'NEAL, RYAN OPICK, JERRY ORTEGA, JUAN ORTIZ, KATHERINE O'SULLIVAN, KERRY OSWALT, DELIA OTERO, PAULA OUMANSKI, CHRIS OVERSTREET, PAMELA OWENS, JESSICA PACK, INGRA PAGE, JYOTHI PALLAPOTHU, ROBIN PALLEY, DOROTHY PALM, KENNETH PANARO, ANDREW PARGAMENT, RICKY PARKER, SHANNON PARKER, TARA PARKER, SHERRY PASQUINELLI, ROSEMARIE PASSI, MICHELE PASTERNAK, WALDRON PAT, TERRI PATTERSON, TONYA PATTERSON, SCOTT PATTISON, RICK PAWLING, BRETT PAYNE, DENISE PAYNE, MAI LIIS PEACOCK, KATHY PEARSON, JON PECK, STEPHANIE PECK, PATRICIA PEDITTO, ERICA PEDRO, MARY PEDUZZI, DWAYNE PEEL, PHYLLIS PEGG, SARAH PELLE, STACIE PENDLETON, ASHANTI PENN, SHALA PEREZ, CALVIN PERKINS, ERICA PERRY, DON PETERSON, MICHAEL

PETERSON, NATALIE PETERSON, LANCE PETRY, JAYNE PEYTON, HOWARD PFEIFFER, AMANDA PFISTNER, KATHY PHELAN, JAN PHILLIPS, BARBARA PIPEK, CAROL PITTARELLI, JENNY POBERETSKY, BIL POGGENSEE, JAMES POLK III, KERI POMA, GREG POND, JESSICA PONTI, PATTI POTEMPA, ROBIN POULIN, STEPHANIE POULOS, HELENE PRICE, ROBERT PROVOST, TIFFANY PRUITT, JAMES PRZYBYLSKI, ROSEMARY PUCKELWARTZ, LENORE QUATTROCKI, LUZ QUINATOA, TERRY RAKOSKY, ALEX RAMOS, ALFRED RAMOS, JEFF RAMSDELL, DARLENE RANDALL, JASMIND RANKIN, ERIC RAYGOR, CHARLES READ, BILL REED, RAQUEL REED, WINSTON REED, PATTI REEDER, NICOLE REICHMAN, DALE REIMER, ALEXANDRA REISER, MARYANN REITANO, ARTHUR RENTON, PAMM REYNOLDS, KIA RHYM, AUSTIN RICHARD, ANTARES RICHARDSON, QUIANA RICHARDSON, SHERDINE RICHARDSON, TIFFANY RIGGS, CASSIE RINKER, HARVEY RISON, JOSE RIVERA, DIANE RIZZIO, JEFF ROACH, JONATHAN ROACH, NADIA ROBERTS, TROY ROBERTS, LATORYA ROBERTSON, ROSANNE ROBINSON, BERGEN ROBYN, KELLY ROCCO, EDWARD ROCKS, GILBERT RODRIGUEZ, JEANNETTE RODRIGUEZ, JOANNA RODRIGUEZ, JOSE RODRIGUEZ, LUZ RODRIGUEZ, ZINNIA RODRIGUEZ, RONALD ROGERS, VURSLA ROGERS, AMANDA ROLLINS, BARB ROMERO, MERLYN ROMERO, VICTOR ROSADO, MICHELE ROSAR, RICHARD ROSBROOK, JACOB ROSE,

MELISSA ROSE, AKELA ROSS, DIANA ROSSON, DANNY ROUNDTREE, KAREN ROWAN, PATRICIA ROZZO-PIGOTT, BARBARA RUBIO, MISSY RUMINSKI, HELEN RUSH, JAMES RUSH, CELESTE RUSIN, KIMBERLY RUSSELL, SIPEI RUSSELL, TYDREA RUSSELL, ANELLA RUSSO, JAIME RUSSONIELLO, JERRY RUTH, ADAM RUTTEN, PATRICIA RUTTER, CHRIS RYBITSKI, SALLY SADLO, ANTONIO SALCEDO, TINI SAMMONS, KENDALL SAMPLE, ROSARIA SAMUEL, LILA SANCHEZ, BEVERLY SANDERS, RICH SAUSER, GERARD SAWICKI, DOUG SCAGGS, WILLIAM SCARBOROUGH, NICOLE SCHAFFER, JANET SCHALL, TONYA SCHARRINGHAUSEN, ARTHUR SCHERR, MARY SCHEUERMANN, JENNIFER SCHLEGEL, GARY SCHLEGELMILCH, RACHEL SCHMITZ, JUDY SCHNEIDAU, KRISTY SCHNEIDER, SCOTT SCHOLLENBERGER, MICHAEL SCHORE, REBEKAH SCHREADER, DANIELA SCHROEDER, PAMELA SCHUSTER, JEFFREY SCHWARTZ, RONALD SCHWARTZ, WOLF SCHWARZ, HOLLY SCHWERTFEGER, BRUCE SCOTT, LORRAINE SCOTT, MICHAEL SCOTT, LYNNE SEBASTIAN, GINA SEGADELLI, PHILLIP SEGO, MATT SEINBERG, JAMES SERTICH, JEFFREY SERTICH, JOHN SETLIFF, ROBERT C SETTLE JR, FAHEEM SHABAZZ, BARTE SHADLOW, CHRISTIE SHARMA, MACHHINDER SHARMA, KRISTY SHAWEN, SHANNON SHELL, BRIDGES SHERRY, ROBERT SHOLITON, RANDALL SHOTTS, JOHN SHULDA, LAWRENCE

SIEGEL, RICHARD SIEGFRIED, ROBERT SIGMON, KEITH SILLS, JACQUELINE SIMMONS, REBECCA SIMON, ALEXANDER SIMOTES, ALISON SIMPSON, ELIZABETH SIMPSON, SUMMER SINGER, TERESA SISK, BRYAN SISON, LYNN SKALLA, REBECCA SKELTON, WILLIAM SKORUPA, MARGARET SLIGHTE, ANN SMITH, KAREN SMITH, KIM SMITH, LULA SMITH, MICHAEL SMITH, ROSE SMITH, YOLANDA SMITH, WAYNE SMITRESKI, EMILY SNIDER, TAYLOR SNYDER, CHRIS SOBIESKI, BETH SOLTESZ, PAUL SONNENFELT, CRYSTAL SORG, ROLANDO SORI, NIKKI SORTORE, KIMBERLY SOWELL, LACSEY SPARLING, DARLENE SPIEGEL, JEFFREY SPIEWAK, MARK SPIKER, PAUL SPILLER, GREGORY SPINA, GREGORY SPOONER, KEVIN SPOONER, CAROLYN ST ANGEL, JOSEPH STACHEWICZ, DENEEN STAMOUR, COLLEEN STANTON, WILL STEARMAN, JESSICA STEELE, DWAYNE STEFANIAK, CHARLES STEINMAN, LYNISHA STEPHENEY, KENDRA STEPHENS, ROBIN STEPHENS, DANIEL STEVENS, DENISE STEVENS, GRAYLAND STEWART, DAVID STIEGLITZ, JOHN STILES, CARL STOLZ, EDWARD STONER, DAVID STOREY, JOE STORNELLO, HEATHER STOUT, CLAYTON STREETS, TY STRICKER, ADAM STROH, KATHRYN STROH, JENNIFER STROUSE, YVETTE STROUSE, LAURA STRUNK, VANCELLEN STURGEON, DAVID SUCHARSKI, NICOLE SUFFREDINI, STEVEN SUHS, MARILYN SULLIVAN, SARAH SULLIVAN, JOHN

SUNDERMAN, SIMON SUNG, ARTHUR SWEATMAN, WILLIAM SWISHER, SEAN SYRON, WALTER SZCZUKA, MYLES TAMBURRINO, MONTGOMERY TAMMY, BRIAN TATE, KEZIA TATHAM, TERESA TAYLOR, CAROLYN TEDESCHI, STEVE TEMKIN, DOUGLAS TERRY, SHIRLEY THIELE, ADRIANNA THIMONS, PETER THOMAS, TSELANE THOMAS, BEVERLY THOMPSON, CARL THOMPSON, CHARLES THOMPSON, CHERYL THOMPSON, RENEE THOMPSON, WILLIAM THOMS, ALLISON THURMAN, STEPHEN TIANO, ALNITA TILLMAN, HELEN TIMARI, RICHARD TITUS, MATTHEW TOBJY, WILLIE TOLLIVER, CHARLES TOMAS, DEBRA TOMAS, CHANTELLE TOMPKINS, SUSANA TORO, JENNIFER TORRES, DENISE TOWER, SARAH TRANT, MARIA TRAVERS, SUZANNE TRAYHAN, CHRISTINA TRENOR, ALISHA TRENT, APRIL TREXLER, FRANKIE TRINKLE, MARC TROBMAN, DEBORAH TRUJILLO, WAYNE TUCKER, LOUIS TULINI, MEGAN TULLY, CARA TUMBIOLO, MICHAEL TUMINO, GREGORY TURNER, FRANK TURRIGIANO, ERIN TWOMEY, DEWEY TYLER, MATTHEW URCHICK, MARCO POLO URIOSTEGUI, JOSHUA VALLEE, ALEXIS VAN DER BOGART, BOBBIJO VAN ORMAN, DIANA VANCE, KEVIN VANN, SHERRI VANSANT, BREE VANVOOREN, AMANDA VARGO, LEEANN VARRONE, JERRY VASILATOS, DENISE VELASQUEZ, IVAN VELEZ, TAYLOR VIGIL, PETER VISCONTI, LAURA VITALIANI, MARK VOELKEL, GREGORY VOGT, STEVE VOGT, CAROLYN VOLKMAR, RANDY

VONDERHAAR, LEE WACH, TRAVIS WAGNER, WILLIAM WALCHESKY, JAMES WALKER, LISA WALL, ERICA WALLACE, MARK WALLACE, DENISE WALLS, ROBERT WALSH, BRITTANY WARD, MOHAMMAD WARDEH, AMBER WARE, MARINA WASHINGTON, ROSALYN WASHINGTON, RAVEN WATKINS, RICHARD WATKINS, ROBERT WATSON, SAM WATSON, NEIL WEBB, BRENDA WEIDMAN, GARY WEINSTEIN, GARY WEISS, JULIE WEISS, SIMONE WEISSMAN, KAIRA WELCH, ERIKA WELLS, SHARON WELLS, GARY WENDT, DENISE WEST, KEVIN WEST, MICHAEL WEST, JONATHAN WESTHOFF, JANINE WESTLUND, JENNY WESTLUND, STUART WEXLER, JANE WHITAKER, KEVIN WHITE, PATRICIA WHITE, VICTORIA WHITE, DWIGHT WHITEMAN, FRED WHITTLE, AMY WIATER, JONATHAN WICHTER, GWYNNETH WILDCATT, NATALIE WILEY, DELIA WILKERSON, CHRISTOPHER WILLCOX, STUDNICKA WILLIAM, LA-SHONDA WILLIAMS HARPER, CAMARON WILLIAMS, CARMELLA WILLIAMS, DIANA WILLIAMS, KAREN WILLIAMS, LEKEISHA WILLIAMS WILLIAMS, MARCUS WILLIAMS, METRO WILLIAMS, MICHELLE WILLIAMS, TRAYCEE WILLIAMS, TYISHA WILLIAMS, ZORANA WILLIAMS, MIKHAIL WILLIAMSON, ROSA WILLS, MICHAEL WILLSON, MICHAEL WILSON, RENE WILSON, SHERRI WILSON, TIM WIMBERLY, SHANNON WING, DEBRA WINSHIP, JOHN

WINTER, CHRISTOPHER WINTERS, MARK WISE, ELIZABETH WITTY, ALAN WOJNAROSKI, JENNIFER WOLLAN, RICH WOLTER, ELIZABETH WONDERLING, KEVIN WONG, BRIAN WOOD, CASANDRA WOOD, MICHAEL WOODARD, JESSICA WOODMAN-HARDY, DEBBIE WOODS, ROMELLA WOODS, PETER WOOLSEY, ADAM WRIGHT, SANDRA WRIGHT, WENDELYN WRIGHT-BEY, MOONCHING WU, JULIE WURZEL, DEMETRIUS WYATT, STEPHEN WYLIE, MICHELE YARBOROUGH, EBONE YATES, AMY YEOMANS, NICOLE YORI, SHAWN YOTTER, DUSTIN YOUNG, HOLLY YOUNG, KENNETH YOUNG, CARL YOUNGMANN, GILBERT YOUNGROLAND, EDWIN YUAN, MICHAEL YUCHA, RANDALL ZABEL, ADAM ZALOUM, KEITH ZAMBA, JOEL ZEIGER, KEN ZIFF, KIM ZIGO, DANIEL ZOLOCSIK, MISSY ZUBER, AND MYKHAYLO ZVIRYSHYN,

Petitioners,

versus

EPSON AMERICA, INC.,

Respondent.

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiffs Nicole Aaron, *et al*. ("Plaintiffs") hereby submit this Notice of Errata in support of Application of Non-Resident Attorney to Appear in Specific Case *Pro Hac Vice* (Dkts. 11 and 11-1). The wrong attorney name was inadvertently typed in during the filing process. The new and correct Application for *Pro Hac Vice* for attorney Morris S. Dweck has been re-filed (Dkts. 13 and 13-1).

DATED: August 28, 2024

**UMBERG ZIPSER LLP**

*/s/ Carole E. Reagan*
Carole E. Reagan
1920 Main Street, Suite 750
Irvine, CA 92614
Telephone: 949-679-0052
Facsimile: 949-679-0461
creagan@umbergzipser.com

**LABATON KELLER SUCHAROW LLP**
Jonathan Waisnor
140 Broadway
New York, New York 10005
Tel.: (212) 907-0700
Fax: (212) 907-7039
jwaisnor@labaton.com

**LABATON KELLER SUCHAROW LLP**
Alexander Schlow (Pro Hac Vice)
Morris Dweck (Pro Hac Vice)
140 Broadway
New York, New York 10005
Tel.: (212) 907-0700
Fax: (212) 907-7039
aschlow@labaton.com
mdweck@labaton.com

*Counsel for Petitioners*