**LABATON KELLER SUCHAROW LLP**
Jonathan Waisnor (CA 345801)
jwaisnor@labaton.com
Alexander Schlow (Pro Hac Vice)
aschlow@labaton.com
Morris Dweck (Pro Hac Vice)
mdweck@labaton.com
140 Broadway, Floor 34
New York, NY 10005
Telephone: 212-907-0700
Facsimile: 212-818-0477

**UMBERG ZIPSER LLP**
Carole E. Reagan (Bar No. 162674)
creagan@umbergzipser.com
1920 Main Street, Suite 750
Irvine, CA 92614
Telephone: 949-679-0052
Facsimile: 949-679-0461

Counsel for Petitioners

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| NICOLE AARON, et al.,<br><br>Petitioners,<br><br>Versus<br><br>EPSON AMERICA, INC.,<br><br>Respondent. | **CASE NO. 8:24-CV-01712 FWS-DFMx**<br><br>**ARNOFF PETITIONERS' CROSS-MOTION TO COMPEL ARBITRATION; AND**<br><br>**[PROPOSED] ORDER.**<br><br>Judge: Hon. Fred W. Slaughter<br>Date: February 27, 2025<br>Time: 10:00 a.m.<br>Crtrm: 10D |

# NOTICE OF CROSS MOTION AND CROSS MOTION

**PLEASE TAKE NOTICE** that, on February 27, 2025 at 10:00 a.m., or as soon thereafter as counsel may be heard, the Moving Arnoff Petitioners[1], by and through their attorneys and pursuant to 9 U.S.C. § 4, hereby move to compel Epson America, Inc. to arbitrate with them in accordance with Epson's Software License Agreement ("SLA"), and for a stay of these proceedings pursuant to 9 U.S.C. § 3.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on August 22, 2024.

This motion is made on the grounds that Petitioners agreed to arbitrate their claims against Epson on a non-class basis before JAMS and further agreed any disputes concerning the arbitrability of their claims must be submitted to JAMS for resolution.  This motion is based upon this Notice, the Petition, the following memorandum of points and authorities, Petitioners' Motion To Compel Arbitration ("Original Motion") dated August 30, 2024 and the Declaration of Morris Dweck (Dweck Decl.) dated August 30, 2024 and exhibits thereto, filed concurrently with the Original Motion, the pleadings and records on file herein, on such other and further argument and evidence as may be presented at the time of the hearing, and all matters of which this Court may take judicial notice.

DATED: December 9, 2024                LABATON KELLER SUCHAROW LLP
                                       By: */s/ Jonathan D. Waisnor*
                                          Jonthan D. Waisnor
                                          Attorney for Petitioners

---

[1] The Moving Arnoff Petitioners are the 1,821 individuals listed in Exhibit A hereto.

# MEMORANDUM OF POINTS AND AUTHORITIES

On Augst 6, 2024, 1,263 individuals (the "Aaron Petitioners") filed a Petition to Compel Arbitration and on August 30, 2024, the Aaron Petitioners filed the Original Motion. Pursuant to the Court's order consolidating this action with Case No. 8:24-cv-01996-FWS-DFM, both the Aaron Petitioners and Arnoff Petitioners (together "Petitioners") filed a Consolidated Amended Petition to Compel Arbitration. The Court's order required Epson to respond to the Original Motion by November 18, 2024.

The Moving Arnoff Petitioners are individuals represented by undersigned counsel pursuing substantially the same underlying claims against Epson asserted by all other Petitioners in this action, with similar underlying facts. Because the Moving Arnoff Petitioners were not parties to this consolidated action at the time the Aaron Petitioners made their Original Motion to compel arbitration, the Moving Arnoff Petitioners were not named in the Original Motion.

For the avoidance of doubt, the Moving Arnoff Petitioners hereby move to compel arbitration for the same reasons set forth in the Consolidated Amended Petition, the Original Motion, and the other papers filed in support thereof. The facts, points, and authorities in the Original Motion apply with equal weight to each of the Moving Arnoff Petitioners, and the Moving Arnoff Petitioners respectfully submit that no further briefing is necessary. The Moving Arnoff Petitioners also seek sanctions under Cal. Civ. Proc. §§ 1281.97 et seq. and a stay of proceedings under Section 3 of the FAA, as set forth in the Petition.

Should Respondent oppose this cross-motion and assert arguments not present in its opposition to Petitioners' Original Motion, the Moving Arnoff Petitioners reserve the right to file a supplemental reply addressing such new arguments. Otherwise, the Moving Arnoff Petitioners intend to rely on the same response

arguments set forth in Petitioners' Reply In Further Support Of Motion To Compel Arbitration and the accompanying Declaration of Jonathan Waisnor filed concurrently herewith.

## CONCLUSION

For the foregoing reasons, and the reasons set forth in the Original Motion, Petitioners' claims, as well as any defenses Epson may have to the enforceability or applicability of Petitioners' arbitration agreements, the arbitrability of Petitioners' claims, or their merits, should be compelled to arbitration and this Court should retain jurisdiction to oversee further proceedings in aid of arbitration.

DATED: December 9, 2024

**LABATON KELLER SUCHAROW LLP**

/s/ Jonathan Waisnor
Jonathan Waisnor (Bar No. 345801)
140 Broadway
New York, New York 10005
Tel.: (212) 907-0700
Fax: (212) 907-7039
jwaisnor@labaton.com


**LABATON KELLER SUCHAROW LLP**
Alexander Schlow (Pro Hac Vice)
Morris Dweck (Pro Hac Vice)
140 Broadway
New York, New York 10005
Tel.: (212) 907-0700
Fax: (212) 907-7039
aschlow@labaton.com
mdweck@labaton.com


**UMBERG ZIPSER LLP**
Carole E. Reagan
1920 Main Street, Suite 750

Irvine CA 92614
Telephone: 949-679-0052
Facsimile: 949-679-0461
creagan@umbergzipser.com
*Counsel for Petitioners*

# CERTIFICATE OF COMPLIANCE PURSUANT TO LOCAL RULE 11-62

The undersigned, counsel of record for Petitioners, certifies that this brief contains 372 words, in compliance with the word limit of Local Rule 11-6.1.

DATED: December 9, 2024	**LABATON KELLER SUCHAROW LLP**

/s/ Jonathan Waisnor
Jonathan Waisnor (Bar No. 345801)
140 Broadway
New York, New York 10005
Tel.: (212) 907-0700
Fax: (212) 907-7039
jwaisnor@labaton.com