QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Shon Morgan (Bar No. 187736)
  shonmorgan@quinnemanuel.com
  John W. Baumann (Bar No. 288881)
  jackbaumann@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Epson America, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| NICOLE AARON, *et al.*,<br><br>        Petitioners,<br><br>    vs.<br><br>EPSON AMERICA, INC.,<br><br>        Respondent.<br><br>EPSON AMERICA, INC.,<br><br>        Plaintiff,<br><br>    vs.<br><br>GRAESEN ARNOFF, *et al.*,<br><br>        Defendants. | CASE NO. 8:24-cv-01712-FWS-DFM<br><br>**EPSON AMERICA, INC.'S OPPOSITION TO THE *ARNOFF* PETITIONERS' CROSS-MOTION TO COMPEL ARBITRATION (ECF NO. 37)**<br><br>Date:    February 27, 2025<br>Time:   10:00 a.m.<br>Crtrm.:  10D<br><br>The Hon. Fred W. Slaughter<br><br>Trial Date:         None Set |

## MEMORANDUM

Epson America, Inc. ("Epson") opposes the *Arnoff* Petitioners' Cross-Motion to Compel Arbitration (ECF No. 37) for the same reasons set forth in its Response to the Petitioners' Verified Motion to Compel Arbitration (ECF No. 33) ("Original Response"). Because the *Arnoff* Petitioners concede their motion "pursu[es] substantially the same underlying claims against Epson asserted by all other Petitioners in this action, with similar underlying facts," ECF No. 37 at 2, Epson incorporates its Original Response in opposition.

Epson is not raising any arguments beyond those in its Original Response. Accordingly, it understands that no reply brief will be filed by petitioners. In any event, because Epson does not believe the *Arnoff* Petitioners' cross-motion was necessary at all (and Epson treated petitioners' original verified motion to compel arbitration as being filed on behalf of all petitioners), it objects to any further reply.

## CONCLUSION

For all the foregoing reasons, and the reasons set forth in Epson's Original Response, the Court should deny the *Arnoff* Petitioners' Cross-Motion to Compel Arbitration.

DATED: December 23, 2024

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By     */s/ Shon Morgan*
Shon Morgan
Attorneys for Respondent Epson America, Inc.

| | |
|---|---|
| 1 | **LOCAL RULE 11-6.2 CERTIFICATE OF COMPLIANCE** |
| 2 | The undersigned, counsel of record for Epson America, Inc., certifies that this |
| 3 | brief contains 167 words, which complies with the word limit of Local Rule 11-6.1. |
| 4 | DATED: Decmeber 23, 2024     QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By   */s/ Shon Morgan*
Shon Morgan
Attorneys for Respondent Epson America, Inc.