**LABATON KELLER SUCHAROW LLP**
Jonathan Waisnor (CA 345801)
jwaisnor@labaton.com
Alexander Schlow (Pro Hac Vice)
aschlow@labaton.com
Morris Dweck (Pro Hac Vice)
mdweck@labaton.com
140 Broadway, Floor 34
New York, NY 10005
Telephone: 212-907-0700
Facsimile: 212-818-0477

**UMBERG ZIPSER LLP**
Carole E. Reagan (Bar No. 162674)
creagan@umbergzipser.com
1920 Main Street, Suite 750
Irvine, CA 92614
Telephone: 949-679-0052
Facsimile: 949-679-0461

Counsel for Petitioners

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Shon Morgan (Bar No. 187736)
shonmorgan@quinnemanuel.com
John W. Baumann (Bar No. 288881)
jackbaumann@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Counsel for Respondent

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| NICOLE AARON, *et al.*,<br><br>Petitioners,<br><br>vs.<br><br>EPSON AMERICA, INC.,<br><br>Respondent. | CASE NO. 8:24-cv-01712-FWS-DFM<br><br>The Hon. Fred W. Slaughter<br><br>**JOINT STATUS REPORT** |

# JOINT STATUS REPORT

Pursuant to this Court's Order Granting Stipulation to Stay Case Pending Mediation, (Dkt. 57), the Petitioners and Respondent (together, the "Parties") jointly make the following status report:

1. The mediation is still scheduled for July 10, 2025 with Robert A. Meyer of JAMS.

2. The Parties have agreed to share information with each other before the mediation, with the first exchange set to take place on June 9, 2025.

Dated: June 6, 2025               Respectfully submitted,

                          By   */s/ Jonathan Waisnor*
                               Jonathan Waisnor
                               Attorneys for Petitioners

Dated: June 6, 2025               Respectfully submitted,

                          By   */s/ Shon Morgan*
                               Shon Morgan
                               Attorneys for Respondent Epson America, Inc.

## SIGNATURE ATTESTATION

I am the ECF user whose identification and password are being used to file the foregoing document. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Shon Morgan, attest that I have obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

Dated:  June 6, 2025              */s/ Shon Morgan*
                                  Shon Morgan