UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NICOLE AARON *et al.*,<br><br>Petitioners,<br><br>vs.<br><br>EPSON AMERICA, INC.,<br><br>Respondent. | CASE NO. 8:24-cv-01712-FWS-DFM<br><br>The Hon. Fred W. Slaughter<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO STAY CASE** |

On July 29, 2025, the parties filed a "Stipulation to Stay Case," requesting that the court vacate all existing deadlines and scheduled hearings and stay the case in its entirety to allow time for the parties to finalize a resolution. (Dkt. __.) Having considered the Stipulation, the files and records in this case, and the applicable law, the court finds that the parties have demonstrated sufficient good cause to stay this matter. *See Ryan v. Gonzales*, 568 U.S. 57, 74 (2013) (stating the "decision to grant a stay" is "generally left to the sound discretion of district courts") (cleaned up); *Leyva v. Certified Grocers of Cal., Ltd.*, 593 F.2d 857, 863-64 (9th Cir. 1979) (stating a court may "enter a stay of an action before it, pending resolution of independent proceedings which bear upon the case" whether "the separate proceedings are judicial, administrative, or arbitral in character," or "necessarily controlling of the action before the court"). Accordingly, the court **GRANTS** the Stipulation and **STAYS** this action. The court also **ORDERS** the following:

1. The **August 28, 2025** hearing on the parties' cross-motions to compel arbitration, (Dkts. 18, 34, 37), as well as all other deadlines in this matter, (*see* Dkts. 52, 63), are **VACATED**.

2. The parties shall **FILE,** on or before **September 12, 2025**, either (a) a proposed stipulation of dismissal of all claims and counterclaims; or (b) a joint status report informing the Court of the status of their resolution discussions.

**IT IS SO ORDERED.**

Dated: July \_\_\_\_\_, 2025

>Hon. Fred W. Slaughter
>UNITED STATES DISTRICT JUDGE