**LABATON KELLER SUCHAROW LLP**
Jonathan Waisnor (CA 345801)
jwaisnor@labaton.com
Alexander Schlow (Pro Hac Vice)
aschlow@labaton.com
Morris Dweck (Pro Hac Vice)
mdweck@labaton.com
140 Broadway, Floor 34
New York, NY 10005
Telephone: 212-907-0700
Facsimile: 212-818-0477

**UMBERG ZIPSER LLP**
Carole E. Reagan (Bar No. 162674)
creagan@umbergzipser.com
1920 Main Street, Suite 750
Irvine, CA 92614
Telephone: 949-679-0052
Facsimile: 949-679-0461

Counsel for Petitioners

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Shon Morgan (Bar No. 187736)
shonmorgan@quinnemanuel.com
John W. Baumann (Bar No. 288881)
jackbaumann@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Counsel for Respondent

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| NICOLE AARON, *et al.*, <br><br> Petitioners, <br><br> vs. <br><br> EPSON AMERICA, INC., <br><br> Respondent. | CASE NO. 8:24-cv-01712-FWS-DFM <br><br> The Hon. Fred W. Slaughter <br><br> **JOINT STATUS UPDATE** |

Pursuant to the Court's Order on July 29, 2025 (ECF No. 66) and the parties' status updates on September 12, 2025 (ECF No. 67), and November 12, 2025 (ECF No. 68), the parties submit this joint status update.

**<u>STATUS UPDATE</u>**

On July 29, 2025, the parties filed a "Stipulation to Stay Case," requesting that the Court vacate all existing deadlines and scheduled hearings and stay the case. ECF No. 64. The Court granted the stipulation and stayed this action on July 29, 2025, to allow time for the parties to finalize a resolution.

Since then, the parties have signed a term sheet on August 27, 2025, and signed a settlement agreement on October 13, 2025 and have diligently executed its terms. The execution of the agreement effects the type of dismissal filed for each Petitioner. The parties therefore agree that it is in the best interests of all concerned to stay further proceedings in this action while they confirm the appropriate dismissal for each Petitioner. The Parties plan to file a dismissal of this action in its entirety by January 7, 2025.

Dated:  December 19, 2025          Respectfully submitted,

By      */s/ Jonathan D. Waisnor*
        Jonathan D. Waisnor

        Attorneys for Petitioners

Dated:  December 19, 2025          Respectfully submitted,

By      */s/ Shon Morgan*
        Shon Morgan

        Attorneys for Respondent Epson America, Inc.

Case No. 8:24-cv-01712-FWS-DFM

JOINT STATUS UPDATE

## **SIGNATURE ATTESTATION**

I am the ECF user whose identification and password are being used to file the foregoing document. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Jonathan Waisnor, attest that I have obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

Dated:  December 19, 2025                     */s/ Jonathan Waisnor*

                                         Jonathan Waisnor