**LABATON KELLER SUCHAROW LLP**
Jonathan Waisnor (CA 345801)
jwaisnor@labaton.com
Alexander Schlow (Pro Hac Vice)
aschlow@labaton.com
Morris Dweck (Pro Hac Vice)
mdweck@labaton.com
140 Broadway, Floor 34
New York, NY 10005
Telephone: 212-907-0700
Facsimile: 212-818-0477

**UMBERG ZIPSER LLP**
Carole E. Reagan (Bar No. 162674)
creagan@umbergzipser.com
1920 Main Street, Suite 750
Irvine, CA 92614
Telephone: 949-679-0052
Facsimile: 949-679-0461

*Counsel for Petitioners*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Shon Morgan (Bar No. 187736)
shonmorgan@quinnemanuel.com
John W. Baumann (Bar No. 288881)
jackbaumann@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

*Counsel for Respondent*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

NICOLE AARON, *et al.*,

    *Petitioners,*

v.

EPSON AMERICA, INC.,

    *Respondent.*

Case No. 8:24-cv-01712-FWS-DFM

The Hon. Fred W. Slaughter

**STIPULATION OF DISMISSAL UNDER FRCP 41(a)(1)(A)(ii)**

The parties, by and through their respective counsel, hereby stipulate and agree pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure as follows:

1.    **Petitioners Withdrawing with Prejudice.**

As to each claimant identified on Exhibit A, all claims and counterclaims asserted by or against such claimant in this action are hereby dismissed with prejudice, with each party to bear its own fees and costs.

2.    **Petitioners Withdrawing without Prejudice.**

As to each claimant identified on Exhibit B, all claims and counterclaims asserted by or against such claimant in this action are hereby dismissed without prejudice, with each party to bear its own fees and costs.

Dated: January 7, 2026                Respectfully submitted,

By:    */s/ Jonathan D. Waisnor*
       Jonathan D. Waisnor

       *Counsel for Petitioners*

Dated: January 7, 2026                Respectfully submitted,

By:    */s/ Shon Morgan*
       Shon Morgan

       *Counsel for Respondent Epson America, Inc.*

Case No. 8:24-cv-01712-FWS-DFM
STIPULATION OF DISMISSAL UNDER FRCP 41(a)(1)(A)(ii)

## SIGNATURE ATTESTATION

I am the ECF user whose identification and password are being used to file the foregoing document. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Jonathan Waisnor, attest that I have obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

Dated: January 7, 2026

*/s/ Jonathan D. Waisnor*

Jonathan D. Waisnor